STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0356 ANGEL ARRIAGA V NEW ENGLAND GAS COMPANY

Filing Date: 01-20-2006
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 01-20-2006

| Plaintiff | Attorney |
|---|---|
| Plaintiff: ANGEL ARRIAGA<br>ID: @10709356 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: LAURA BARBOZA<br>ID: @10709357 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KELLY BROWN<br>ID: @10709385 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: BEVERLY CAMPER<br>ID: @10709386 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KOREN CARBUCCIA<br>ID: @10709388 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: VASKEN GARABIAN<br>ID: @10709389 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: BRIAN CORTES<br>ID: @10709392 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KEMLY CORTES<br>ID: @10709393 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: LUIS CORTES<br>ID: @10709394 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: EBONY CRUZ<br>ID: @10709395 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: IRIS CRUZ<br>ID: @10709396 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JOSE CRUZ<br>ID: @10709397 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: RICHARD CRUZ<br>ID: @10709400 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JOSE DIAZ<br>ID: @10709401 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO |

Copy Attest ... of Clerk of Superior Court ... of Providence & Bristol ... Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0356 ANGEL ARRIAGA V NEW ENGLAND GAS COMPANY

| Party | Attorney |
|---|---|
| JOSE DIAZ<br>ID: @10709401 | Attorney: JAMES BURCHFIELD |
| Plaintiff: BRIANNA DIAZ<br>ID: @10709403 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: RUBEN DIAZ<br>ID: @10709405 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: EDMOND SEEBECK<br>ID: @10709406 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: RAMATOULAYE DOUKOURE<br>ID: @10709407 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: BADJI DIAKATE<br>ID: @10709408 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: NYDIA ESQUILIN<br>ID: @10709409 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JOSE RODRIGUEZ<br>ID: @10709410 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: RUTH ESQUILIN<br>ID: @10709411 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: FELIX FLORES<br>ID: @10709413 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JANIQUA RIVERA<br>ID: @10709414 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: MARIA GARCIA<br>ID: @10709415 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KAMALICH GARCIA<br>ID: @10709418 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: AMANDO GOMES<br>ID: @10709419 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KIMBERLY HARRIS<br>ID: @10709421 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |

A true copy attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0356 ANGEL ARRIAGA V NEW ENGLAND GAS COMPANY

| | |
|---|---|
| Plaintiff: ALEXANDER HARRIA<br>ID: @10709422 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KAI JACKSON<br>ID: @10709423 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: CHERYL JENNINGS<br>ID: @10709424 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: YOLANDA JENNINGS<br>ID: @10709425 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: NIA COLEMAN<br>ID: @10709426 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: XAVAER COLEMAN<br>ID: @10709427 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: RUBY JOHNSON<br>ID: @10709428 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JESSEIKA LOPEZ<br>ID: @10709429 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JUSTICE GOMES<br>ID: @10709430 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: GENESSIS GOMES<br>ID: @10709431 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: SANDRA LOPEZ<br>ID: @10709437 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: SABRINA REYES<br>ID: @10709439 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: RAUL SOTO<br>ID: @10709440 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: SOEMI LOPEZ<br>ID: @10709441 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: SHAYLN DUPRE<br>ID: @10709443 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO |

A true copy attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0356 ANGEL ARRIAGA V NEW ENGLAND GAS COMPANY

| | |
|---|---|
| SHAYLN DUPRE<br>ID: @10709443 | Attorney: JAMES BURCHFIELD |
| Plaintiff: ROBERTA MENDES<br>ID: @10709444 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: GRISELDA MENDOZA<br>ID: @10709445 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: LUZ MORALES<br>ID: @10709446 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: ANGELA NARVAEZ<br>ID: @10709447 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: D'ANDRE NARVAEZ<br>ID: @10709448 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: WANDA NARVAEZ<br>ID: @10709449 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: CLAIRE NARVAEZ<br>ID: @10709450 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: LUIS NARVAEZ<br>ID: @10709451 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: HECTOR ORTIZ<br>ID: @10709452 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KARLA PADIN<br>ID: @10709453 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: DANISKA DASILVA<br>ID: @10709454 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: KARITZA DASILVA<br>ID: @10709455 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: ARTHUR PEREZ<br>ID: @10709456 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: ELBA PEREZ<br>ID: @10709457 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |

Clerk of Superior Court Counties of Providence & Bristol Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0356 ANGEL ARRIAGA V NEW ENGLAND GAS COMPANY

| | |
|---|---|
| Plaintiff: MARIA RAMIREZ<br>ID: @10709458 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JOEL CRUZ<br>ID: @10709459 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: SHELIA CRUZ<br>ID: @10709460 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: SUSANA RAMIREZ<br>ID: @10709461 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JUNIOR URRACA<br>ID: @10709462 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JESUS URRACA<br>ID: @10709463 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JUNISSA URRACA<br>ID: @10709464 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: ALVRO RODRIGUEZ<br>ID: @10709465 | Attorney: JAMES BURCHFIELD<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: CARMEN RUIZ<br>ID: @10709466 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: MICHELLE RODRIGUEZ<br>ID: @10709467 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: ELLEN RUSSELL<br>ID: @10709468 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: EDGAR SANCHEZ<br>ID: @10709469 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JACQUELINE SANCHEZ<br>ID: @10709470 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: JOYCELYN SILVA<br>ID: @10709477 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO<br>Attorney: JAMES BURCHFIELD |
| Plaintiff: MARQUIS SILVA<br>ID: @10709479 | Attorney: MARK DANA<br>Attorney: ROBERT D'AMICO |

A true copy attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0356 ANGEL ARRIAGA V NEW ENGLAND GAS COMPANY

MARQUIS SILVA
ID: @10709479
Attorney: JAMES BURCHFIELD

Plaintiff: LATISHA SILVA
ID: @10709480
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: ANNA SMITH
ID: @10709481
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: MICHAEL SMITH
ID: @10709482
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: MARIA SOSTRE
ID: @10709483
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: CARLOS SANTANA
ID: @10709484
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: JORGE SANTANA
ID: @10709485
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: DEBORAH VARGAS
ID: @10709486
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: DAVID VARGAS
ID: @10709487
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: ALEXANDRA VASQUEZ
ID: @10709488
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: ALEXA VASQUEZ
ID: @10709489
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: SEBASTIAN VASQUEZ
ID: @10709490
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: JOSEPH VAZQUEZ
ID: @10709491
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: MIGDALIA VASQUEZ
ID: @10709492
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: THENA WILLIAMS
ID: @10709493
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0356 ANGEL ARRIAGA V NEW ENGLAND GAS COMPANY

Plaintiff: ALEXANDRIA PRUDENCE
ID: @10709494
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: TANEIL PRUDENCE
ID: @10709495
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: THENA PRUDENCE
ID: @10709496
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Plaintiff: EDITH YEBOAH
ID: @10709497
Attorney: MARK DANA
Attorney: ROBERT D'AMICO
Attorney: JAMES BURCHFIELD

Defendant: NEW ENGLAND GAS COMPANY
ID: @10709498
Defendant: DIVISION OF SOUTHERN UNION COMPANY
ID: @10709499
Defendant: CLEAN HARBORS ENVIROMENTAL SERVICE
ID: @10709500
Defendant: JASON SMITH
ID: @10709501
Defendant: STEPHEN CARBERRY
ID: @10709502

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 02-03-2006 | PRELIMINARY INJUNCTION | P CRT 15 | FORTUNATO |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-20-2006 | COMPLAINT FILED | |
| 01-20-2006 | INITIAL FILING FEE | |
| 01-20-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP218992. |

A True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# OMNIBUS CALENDAR ASSIGNMENT FORM

SUPERIOR COURT

(X)PROVIDENCE/BRISTOL ( )KENT ( )WASHINGTON ( )NEWPORT

ANGEL ARRIAGA, ET AL

vs.

NEW ENGLAND COMPANY, an unincorporated Division of Southern Union Co., ET AL

CASE NO. PC06-0356

**REQUESTED CALENDAR ASSIGNMENT**

( ) J JURY TRIAL TRIAL CALENDAR ( ) N NON-JURY TRIAL

**FORMAL SPECIAL CAUSE CALENDAR**

( ) AGA AGENCY APPEAL
( ) AOD ASSESSMENT OF DAMAGES
( ) CNA CONFIRM ARBITRATION
( ) DEJ DECLARATORY JUDGMENT
( ) EOJ ENTRY of JUDGMENT
( ) FFR FIRST & FINAL REPORT
( ) FRR FORCLOSURE of RIGHT of REDEMPTION
( ) FRS FRIENDLY SUIT
( ) OPC ORAL PROOF OF CLAIM
( ) MMN MANDATORY INJUNCTION
( ) MEL MECHANIC'S LIEN
( ) MAT MOTION TO ATTACH
( ) PRT PARTITION PROCEEDINGS
( ) PAT PETITION TO APPOINT TEMPORARY RECIEVER
( ) OTH OTHER FSC MATTER :
( ) PEN PETITION TO ENFORCE
( ) PIN PETITION FOR INSTRUCTIONS
( ) PRC PETITION TO RECLAIM
( ) PES PETITION TO SELL
(X) PPI PRELIMINARY INJUCTION
( ) PCL PROOF OF CLAIM
( ) RCP RECEIVERSHIP PROCEEDINGS
( ) SPP SUPPLEMENTARY PROCEEDINGS
( ) TPR TEMPORARY RESTRAINING ORDER
( ) TIP TITLE PROCEEDINGS
( ) TSP TRUSTEE PROCEEDINGS
( ) VAR VACATE ARBITRATION
( ) WOM WRIT OF MANDAMUS
( ) WOR WRIT OF REPLEVIN

**DISPOSITIVE MOTION CALENDAR**

( ) MTD MOTION TO DISMISS, UNDER RULE 12
( ) MJP MOTION FOR ENTRY OF JUDGMENT ON PLEADINGS
( ) MPS MOTION FOR PARTIAL SUMMARY JUDGMENT
( ) MSG MOTION FOR SUMMARY JUDGMENT
( ) MOT OTHER DISPOSITIVE MOTION :

HEARING DATE: 2-3-06 FSC/~~MOTION~~ CLERK: [signature] DATE: 1-20-06

**SPECIAL MASTER CALENDAR**

( )OTH OTHER MATTER:

HEARING DATE: CLERK:

**METHOD OF ASSIGNMENT**

( ) MOTION TO ASSIGN
( ) STIPULATION TO ASSIGN
( ) COURT ORDER PURSUANT TO TEMPORARY EX PARTE ORDER

BASED ON METHOD OF ASSIGNMENT STATE ANY RELEVANT INFORMATION BELOW

ATTORNEYS SIGNATURES [signature] DATE 1/20/06

DATE/TIME STAMP

SUPERIOR COURT FILED HENRY S. KINCH JR., CLERK 2006 JAN 20 A 9:11

PLAINTIFFS Mark Dana, Esq. #4150 DEFENDANTS

PRINT NAME

True Copy Attest [signature] Office of Clerk of Superior Court Counties of Providence & Bristol Providence, Rhode Island

SR-11 (REV 5/05)

WHITE/COURT YELLOW/PLAINTIFFS ATTORNEY PINK/DEFENDANTS ATTORNEY GOLD/CALENDAR CLERK

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**STATE OF RHODE ISLAND** **SUPERIOR COURT**
**PROVIDENCE, S.C.**

ANGEL ARRIAGA, LAURA BARBOZA :
KELLY BROWN, BERVERLY CAMPER, :
KOREN CARBUCCIA, individually and as parent and :
natural guardian of Vasken Garabian, BRIAN CORTES, :
KEMLY CORTES, LUIS CORTES, EBONY CRUZ :
IRIS CRUZ, JOSE CRUZ, RICHARD CRUZ, JOSE DIAZ, :
individually and as parent and natural guardian of :
Brianna A. Diaz, RUBEN DIAZ, EDMOND SEEBECK :
RAMATOULAYE DOUKOURE, :
individually and as parent and natural guardian of Badji Diakate :
NYDIA ESQUILIN, individually and as parent and natural :
guardian of Jose Rodriguez, RUTH ESQUILIN, :
FELIX FLORES, individually and as parent and natural :
guardian of Janiqua Rivera, MARIA GARCIA, individually :
and as parent and natural Guardian of Kamalich Garcia, :
AMANDO GOMES, KIMBERLY HARRIS, :
Individually and as parent and natural guardian of :
Alexander Harris, KAI JACKSON, : C.A. No.: PC 06-0356
CHERYL JENNINGS, YOLANDA JENNINGS, :
individually and as parent and natural guardian of Nia Coleman :
and Xavaer Coleman, RUBY JOHNSON, :
JESSEIKA LOPEZ, individually and parent and natural :
guardian of Justice Gomes and Genessis Gomes, :
SANDRA LOPEZ, individually and as parent and natural :
guardian of Sabrina Reyes and Raul Soto, SOEMI LOPEZ, :
Individually and as natural parent and guardian of Shayln Dupre, :
ROBERTA MENDES, GRISELDA MENDOZA, :
individually and as parent and natural guardian of Jane and :
John Doe, LUZ MORALES, ANGELA NARVAEZ, :
individually and as parent and natural guardian of :
D'Andre Narvaez, WANDA NARVAEZ, individually and :
as parent and natural guardian of Claire Narvaez and :
Luis Narvaez, HECTOR ORTIZ, KARLA PADIN, :
individually and as parent and natural guardian of :
Daniska DaSilva and Karitza DaSilva, ARTHUR PEREZ :
ELBA PEREZ, MARIA RAMIREZ, individually and as :
parent and natural guardian of Joel Cruz and Shelia Cruz :
SUSANA RAMIREZ, Individually and as parent and :
natural guardian of Junior Urraca, Jesus Urraca and :
Junissa Urraca, ALVRO RODRIGUES, CARMEN RUIZ, :
Invidually and as parent and natural guardian of :
Michelle Rodriquez, ELLEN RUSSELL, EDGAR SANCHEZ, :

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 JAN 20 A 9:11

JACQUELINE SANCHEZ, JOYCELYN SILVA, individually and as parent and natural guardian of Marquis Silva LATISHA SILVA, ANNA SMITH, individually and as natural parent of Michael Smith, MARIA SOSTRE, individually and as parent and natural guardian of Carlos Santana and Jorge Santana DEBORAH VARGAS, Individually and as parent and natural guardian of David Vargas, ALEXANDRA VASQUEZ, individually and as parent and natural guardian of Alexa Vasquez, Sebastian, JOSEPH VAZQUEZ, MIGDALIA VAZQUEZ, THENA WILLIAMS, individually and as parent and natural guardian of Alexandria Prudence, Taneil Prudence, Thena Prudence, and EDITH YEBOAH

vs.

NEW ENGLAND GAS COMPANY, an unincorporated Division of Southern Union Company, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY

**_PLAINTIFFS' MOTION FOR IMMEDIATE INJUNCTIVE RELIEF_**

Now come the Plaintiffs in the above entitled matter and requests immediate injunctive relief as outlined below. As grounds for this motion, Plaintiffs assert the following:

1. That on or about October 2004, mercury was discovered on the property of Lawn Terrace Apartments.

2. Through investigation it was determined that several pounds of mercury was taken by Co-Defendants, Carberry and Smith from the New England Gas Co. Tidewater facility.

3. That the mercury was stored improperly and neither state nor federal officials were notified by New England Gas Co. of the mercury being at Tidewater Facility.

4. That the mercury was spread throughout the Lawn Terrace Apartment complex and to other sites.

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

5. That Plaintiffs have been and continue to be directly effected by the mercury contamination that they ought not have to bear.

6. That Defendant, New England Gas Co. financed remediation in October of 2004.

7. That the remediation was not complete.

8. That Plaintiffs, at their expense, in October of 2005 had testing conducted at several subject locations.

9. That 3TM International, Inc. conducted the testing in accordance with all EPA mandates and guidelines.

10. That every sample taken by 3TM International, Inc. came back positive for the presence of mercury

11. That Plaintiffs commissioned a certified toxicologist to review the results of the testing done by 3TM International, Inc. and the toxicologist has opined that said testing was proper and in accordance with EPA guidelines.

12 That the toxicologist will further opine that the original testing performed at the request of or on behalf of New England Gas Co. was not done correctly nor in accordance with EPA guidelines and that the testing results are inaccurate and unreliable.

13. That the mercury levels revealed by 3TM International Inc.'s testing are high and represent a potential health risk to the residents of the Lawn Terrace Apartment complex and to other sites.

14. That in the absence of injunctive relief, Plaintiffs will continue to suffer irreparable harm.

15. That Plaintiffs have a strong likelihood of success on the merits of this suit.

***WHEREFORE***, Plaintiffs request an Order requiring Defendant, New England Gas Co. to finance the immediate and proper remediation of all locations originally contaminated to the level consistent with EPA guidelines, or in the alternative, to finance EPA Certified testing by a certified toxicologist of all locations first tested in October of 2004. Said remediation and/or testing to be conducted by a mutually agreeable EPA certified testing organization.

PLAINTIFFS,
By their Attorneys

**LAW OFFICE OF MARK DANA, P.C.**

Mark W. Dana, Esquire #4150
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212 – Tel.
(401) 490-4834 – Fax

**D'AMICO • BURCHFIELD, LLP**

Robert A. D'Amico, II, Esquire #4593
James V. Burchfield, Jr., Esquire #4095
536 Atwells Avenue
Providence, RI 02909
(401)454-1212 - Tel
(401)490-4809 - Fax

***CERTIFICATION***

I hereby certify that on this 26th day of January 2006, I mailed a true copy of the within ***MOTION*** to ***Mark P. Dolan, Esq.,*** *RICE DOLAN & KERSHAW, 170 Westminster Street, Suite 900, Providence, RI 02903*

of Law Office of Mark Dana, P.C.
of D'AMICO · BURCHFIELD, LLP

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island