UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al.,<br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,<br>Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 06-045T<br><br>Removed from Superior Court for the State of Rhode Island<br>Providence County<br>State Court P.C. No.: 06-0356 |

## *ENTRY OF APPEARANCE*

To the Clerk of this Court and all parties of record, I, ***Mark Dana, Esquire,*** enter my appearance as counsel in this case for Plaintiffs. I certify that I am admitted to practice in this Court.

PLAINTIFFS,
By their Attorneys,

**LAW OFFICE OF MARK DANA, P.C.**

Mark W. Dana, Esquire #4150
536 Atwells Avenue
Providence, RI 02909
(401) 454-1222 – Tel.
(401) 490-4834 – Fax

## ***CERTIFICATION***

I hereby certify that I mailed a true and accurate copy of the within ***ENTRY*** to the individuals named below via first-class mail, postage prepaid, on this 6th day of February 2006

*Mark P. Dolan, Esq.*
***RICE, DOLAN & KERSHAW***
***170 Westminster Street***
***Suite 900***
***Providence, RI 02903***

*Gerald J. Petros, Esq.*
***HINCKLEY, ALLEN & SNYDER, LLP***
***1500 Fleet Center***
***Providence, RI 02903***

of LAW OFFICE OF MARK DANA, P.C.