UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al.,<br>Plaintiffs, | : | |
| v. | : | C.A. NO. 06-045T |
| NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,<br>Defendants, | : | Removed from Superior Court for the State of Rhode Island<br>Providence County<br>State Court P.C. No.: 06-0356 |

**AFFIDAVIT**

I, Robert Kilduff under oath, depose and say as follows:

1. That I am a Rhode Island State Constable with full powers to serve civil process in all courts.

2. That on February 1, 2006 I contacted Jason Smith by phone.

3. That during the course of that conversation Mr. Smith advised me that he was residing at 88 Cove Street in Portsmouth, Rhode Island.

4. That Mr. Smith agreed to allow me to go to his residence at 88 Cove Street in Portsmouth, Rhode Island at 3:00 p.m. on February 2, 2006.

5. That 3:23 p.m. on February 2, 2006 I went to a single family house located at 88 Cove Street in Portsmouth, Rhode Island.

6. That the person known to me as Jason Smith came to the door.

7. That I knew the appearance of Jason Smith from his picture in Pawtucket Police report #04-8136

8. That I confirmed that the person was Jason Smith.

9. That I served Jason Smith the Summons and a copy of the lawsuit.

10. That I obtained a written proof of service which is attached hereto and incorporated herein.

11. That upon further speaking with Mr. Smith he advised me that to the best of his knowledge Mr. Carberry can be found at 116 Division Street in Pawtucket, Rhode Island.

THE FORGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND IAFFIRM UNDER THE PAINS AND PENALTIES OF PERJURY, THAT I EXECUTE THIS AFFIDAVIT FREELY AND UNDERSTANDING THE REPRESENTATIONS MADE HEREIN:

CONSTABLE - ROBERT KILDUFF

I attest that the person signing and swearing to the truth of the contents of this affidavit is known to me as Robert Kilduff. Subscribed and sworn to before me at Providence, Rhode Island on the 3rd day of February 2006.

NOTARY PUBLIC

My Commission expires: 10/11/09
Print name: Kristy L. Dutra

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. ..........................

ANGEL ARRIAGA, ET AL

**Plaintiff**

NEW ENGLAND GAS COMPANY, an unicorporated Division of Southern Union Co., et al

**Defendant**

***Summons*** TO BE SERVED UPON:

JASON SMITH
40 Carver Street -1st Floor
Pawtucket, RI 02860
88 Cove Street #1
Portsmouth, RI

*To the above-named Defendant:* JASON SMITH

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Mark Dana, Esq. Robert D'Amico, II, Esq. & James Burchfield, Jr., Esq. Plaintiff's attorney, whose address is Law Office of Mark Dana, Esq. - D'AMICO & BURCHFIELD 536 Atwells Avenue, Providence, RI 02909 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: ..........................................................

**(Seal of the Superior Court)**

# State of Rhode Island and Providence Plantations

Providence ......................,SC

## 2nd PROOF OF SERVICE At 3:23 P.M

I hereby certify that on the ........2........ day of February, 2006 ........ I served a copy of this summons and a copy of the complaint received therewith upon ........ JASON Smith ........ in the following manner:

✓ ✓✓ By delivering a copy of the summons and complaint to him/~~her~~ personally.

~~By leaving a copy of the summons and complaint at his/her dwelling house, ........................................, with a person of suitable age and discretion then residing therein.~~ (Address)

~~By leaving a copy of the summons and complaint at his/her usual place of abode, ........................................, with a person of suitable age and discretion then residing therein.~~

~~By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ........................................ such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:~~

X Jason M. Smith [signature]

Sheriff's Fees

Additional ~~Travel~~ ........................ $ 30.20

Service ........................ $ 45.00

$ 75.00

[signature] #6070

~~Deputy Sheriff~~

CIVIL ACTION

FILE NO. ........................

SUMMONS

SUPERIOR COURT

VS

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.