**Pawtucket Police Department**
**Arrest Report**



**Arrest #: 04-2948-AR**
**Call #: 04-72661**
**Incident #: 04-8136-OF**

Date/Time Reported: 10/20/2004 @ 1124
Arrest Date/Time: 10/22/2004 @ 2144
Booking Date/Time: 10/22/2004 @ 2144
Additional Cases: 04-2949-AR
04-2947-AR
Court: 6TH DISTRICT COURT
Court Date: 10/23/2004 @ 0900
Reporting Officer: Detective JOHN MCILMAIL
Booking Officer: Detective JOHN MCILMAIL
Approving Officer: Detective JOHN MCILMAIL
Signature: ______________________________

[redacted]

Bail For Court: 6TH DISTRICT COURT Set: 10/23/2004 @ 0900 Personal Recognizance Set 10000.00
Personal Recognizance Set
Bail Set By: walsh
Bail Unpaid:

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **CARBERRY, STEPHEN** | **M** | **W** | **20** | | |

HEIGHT: 600 WEIGHT: 185 HAIR: BROWN EYES: BLUE
BODY: NOT AVAIL. COMPLEXION: NOT AVAIL.
DOB: 11/12/1983 PLACE OF BIRTH: FALL RIVER, MA
LICENSE NUMBER: NOT AVAIL. ETHNICITY: NOT HISPANIC

**[APPEARANCE]**

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

SCARS: SC CHIN(SMALL RIGHT SIDE), SC R ELB(KNIFE SCAR)

**[FAMILY/EMPLOYMENT INFORMATION]**

MARITAL STATUS: SINGLE
FATHER'S NAME: CARBERRY, STEPHEN
MOTHER'S NAME: ROCHA, DELIA

**[RIGHTS/BOOKING CHECKS]**

RIGHTS ADVISED BY: Detective JOHN MCILMAIL DATE/TIME: 10/22/2004 @ 2030
PHONE USED: N
ARRESTEE SECURED: Y 10/22/2004 2152
ARRESTEE CELL #: 3

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island