# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## FINANCIAL OBLIGATION FORM
## SUPERIOR COURT

### DEFENDANT INFORMATION

NAME Carberry, Stephen    D.O.B. 11-12-83    B.C.I. No. 1012094

SOC. SEC. NO.

ANY OUTSTANDING ASSESSMENTS: ☐ YES ☐ NO    DRIVER'S LIC. NO.

### FINANCIAL INFORMATION

| CASE NO. | SENTENCE DATE | DEFD. STATUS | JUDGE | PROB. EXPIRES | COSTS, FINES ASSESSMENTS | RESTITUTION SEE FORM SR 28 B |
|---|---|---|---|---|---|---|
| P205 8993 | 1-5-06 | A | PFEIFFER | 1-5-08 | $ 1650 | $ |
| | | | | | $ | $ |
| | Plan A | | | | $ | $ |
| | | | | | $ | $ |
| | 76454 | | | | $ | $ |
| | | | | | $ | $ |
| ☐ SPECIAL MASTER TO DETERMINE RESTITUTION | | | | TOTALS: | $ | $ |

### PAYMENT INFORMATION

| COSTS, FINES, ASSESSMENTS PAYABLE TO: | RESTITUTION PAYABLE TO: |
|---|---|
| CLERK OF SUPERIOR COURT<br>SUPERIOR COURT REGISTRY<br>250 BENEFIT STREET, RM. 531<br>PROVIDENCE, RI 02903-2794<br>(401) 222-3250 | SUPREME COURT CENTRAL REGISTRY<br>CENTRAL REGISTRY UNIT<br>250 BENEFIT STREET, RM. 110<br>PROVIDENCE, RI 02903-2794<br>(401) 222-2084 |
| MONTHLY PAYMENT AMOUNT DUE: 75<br>☒ ACCEPT ☐ REJECT | MAX. TIME FOR FULL PAYMENT: Pay Weekly<br>(PER COURT ORDER) |

2-6-06

1. On ______________________ if any amount remains unpaid I will receive a court notice to show cause why I should not be held in contempt. My failure to appear will result in a warrant being issued for my arrest, with an additional $125 warrant fee being charged, and I may be adjudged in contempt and sentenced to prison.
2. If there is a change of address, I must contact the office shown above.
3. I also agree to pay any additional case-related costs as levied with payments to be applied to outstanding obligations.
4. Under provisions of RIGL 12-13-10, cash bail shall be transferred and applied to court cost and/or restitutuion.

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**I have read this form carefully and fully understand the conditions set forth and will abide by the terms and conditions.**

Stephen Carberry — Defendant Signature    [signature] — Clerk Signature    1-5-06 — Date

DISTRIBUTION

WHITE - COURT FILE    YELLOW - CENTRAL REG.    PINK - C.A.T.S. UNIT    GOLD - DEFENDANT