2-9-06
04-361
mPD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANGEL ARRIAGA, et al.,

Plaintiffs,

vs.

NEW ENGLAND GAS COMPANY, an unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,

Defendants.

RECEIVED
FEB 10 2006
Property of U.S. District Court
District of Rhode Island

C.A. No. 06-457

**STIPULATION**

**WHEREAS,** New England Gas Company ("NEGasCo") removed this action from the Superior Court of the State of Rhode Island, County of Providence ("Superior Court") on January 27, 2006, and whereas Plaintiffs have advised that they intend to file a motion to remand this action to the Superior Court;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the time for NEGasCo to answer, move or otherwise respond to the Complaint is extended to and including fourteen (14) days after the Court's determination of Plaintiffs' motion to remand.

Dated: Providence, Rhode Island
February 8, 2006

**RICE, DOLAN & KERSHAW**

By: ______________________
Mark P. Dolan (#3280)
170 Westminster Street
Suite 900
Providence, RI 02903

P

(401) 272-8800

-and-

**HINCKLEY, ALLEN & SNYDER LLP**

Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
1500 Fleet Center
Providence, RI 02903
(401) 274-2000

*Attorneys for Defendant New England Gas Company, an unincorporated division of Southern Union Company*

**LAW OFFICE OF MARK DANA, P.C.**

By: ______________________
Mark W. Dana (#4150)
536 Atwells Avenue
Providence, RI 02909
(401) 454-1222

-and-

**D'AMICO • BURCHFIELD, LLP**

Robert A. D'Amico, II (#4593)
James v. Burchfield, Jr. (#4095)
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212

*Attorneys for Plaintiffs*

ENTER ______________________
Ernest C. Torres
Chief, U.S. District Judge

DATE: 2/14/06