FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANGEL ARRIGA, et al.,** | : | |
| | : | |
| **Plaintiffs** | | |
| **v.** | : | **C.A. No.: 06-45T** |
| **NEW ENGLAND GAS COMPANY an** | : | |
| **an unincorporated Division of SOUTHERN** | : | |
| **UNION COMPANY, CLEAN HARBORS** | : | |
| **ENVIRONMENTAL SERVICES,** | | |
| **JASON SMITH and STEPHEN CARBERRY** | : | |
| **Defendants.** | | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed to by and between the parties that the Defendant Clean Harbors Environmental Services shall have thirty additional days to file a responsive pleading to Plaintiffs' Complaint by agreement of counsel.

**ANGEL ARRIAGA, et al**
By their attorney,

Mark Dana, Esq. (# 4150)
Law Offices of Mark Dana, Esq.
536 Atwells Avenue
Providence, RI 02909
(401) 454-1222

**CLEAN HARBORS ENVIRONMENTAL SERVICES**
By its attorney,

Michael Smith, Esq. (#5019 )
BONNER KIERNAN TREBACH & CROCIATA, LLP
55 Pine Street
Providence, RI 02903
(800) 840-5087

Dated: February 9, 2006

ENTER:
Ernest C. Torres
Chief U.S. District Judge
DATE 2/16/06

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, on this 14th day of February, 2006 to all counsel of record.

Mark W. Dana, (#4150)
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Robert A. D'Amico, II (#4593)
James V. Burchfield, Jr., (4095)
536 Atwells Avenue
Providence, RI 02909

Mark P. Dolan (3280)
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Gerald J. Petros (#2931)
Alexandra K. Callam (5358)
Hickley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Michael J. Smith