**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANGEL ARRIGA, et al.,** | : | |
| | : | |
| **Plaintiffs** | | |
| **v.** | : | **C.A. No.: 06-45T** |
| **NEW ENGLAND GAS COMPANY an an unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY** | : : : : | |
| **Defendants.** | | |

**NOTICE OF CONSENT TO NOTICE OF REMOVAL**

Defendant, Clean Harbors Environmental Services, consents to Defendant New England Gas Company's Notice of Removal.

**CLEAN HARBORS ENVIRONMENTAL SERVICES**
By its Attorney,

Michael J. Smith (#5019)
BONNER KIERNAN TREBACH & CROCIATA, LLP
55 Pine Street
Providence, RI 02903
(617) 426 3900

DATED: February 14, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, on this 14th day of February, 2006 to all counsel of record.

Mark W. Dana, (#4150)
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Robert A. D'Amico, II (#4593)
James V. Burchfield, Jr., (4095)
536 Atwells Avenue
Providence, RI 02909

Mark P. Dolan (3280)
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Gerald J. Petros (#2931)
Alexandra K. Callam (5358)
Hickley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Michael J. Smith