# Criminal Docket Sheet Report

P2-2005-0897A

**Case ID:** P2-2005-0897A **Description:** JASON SMITH
**Filing Date:** 15-FEB-2005
**Original Case ID:** 62-2004-20068

**Defendant Name:** JASON SMITH **Police Dept:** PAWTUCKET POLICE DEPARTMENT
**BCI#:** 10120950 **Date of Birth:** 17-MAR-1986 **Incarcerated:**

**Address:** 2 CELTIC DRIVE

WESTPORT MA 02790

**PROSECUTOR:** ROGER R. DEMERS
**PUBLIC DEFENDER:** EAMONN G GILL

## Charge Information

**Count:** 1 11-8-5.1 **B & E BUILDING DAYTIME**
**Offense Date:** 23-OCT-2004
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** PROBATION
**Term:** 2 Years
**Start:** 27-JUL-2005
**Judge:** JUDGE PFEIFFER
**Text:**

**Sentence:** COMMUNITY SERVICE
**Term:** 200 Hours
**Start:** 27-JUL-2005
**Judge:** JUDGE PFEIFFER
**Text:**

**Sentence:** INDEMNITY FUND
**Term:** 0 Hours
**Start:** 27-JUL-2005
**Judge:** JUDGE PFEIFFER
**Text:** $500.00

**Sentence:** TOTAL ASSESSMENTS
**Term:** 0 Hours
**Start:** 27-JUL-2005
**Judge:** JUDGE PFEIFFER
**Text:** $1500.00

**Count:** 2 11-1-6/F **CONSPIRACY/FELONY**
**Offense Date:** 01-SEP-2004
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

# Criminal Docket Sheet Report

P2-2005-0897B

**Case ID:** P2-2005-0897B **Description:** STEPHEN CARBERRY
**Filing Date:** 15-FEB-2005
**Original Case ID:** 62-2004-20067

**Defendant Name:** STEPHEN CARBERRY **Police Dept:** PAWTUCKET POLICE DEPARTMENT
**BCI#:** 10120949 **Date of Birth:** 12-NOV-1983 **Incarcerated:**

**Address:** 2 CELTIC DR

WESTPORT MA 02790

**PROSECUTOR:** ROGER R. DEMERS
**PRIVATE ATTORNEY:** SUSAN T PERKINS

## Charge Information

**Count:** 1 11-8-5.1 **B & E BUILDING DAYTIME**
**Offense Date:** 01-SEP-2004
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** PROBATION
**Term:** 2 Years
**Start:** 05-JAN-2006
**Judge:** JUDGE PFEIFFER
**Text:**

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 05-JAN-2006
**Judge:** JUDGE PFEIFFER
**Text:** $500.00

**Sentence:** COMMUNITY SERVICE
**Term:** 200 Hours
**Start:** 05-JAN-2006
**Judge:** JUDGE PFEIFFER
**Text:**

**Sentence:** TOTAL ASSESSMENTS
**Term:** 0 Hours
**Start:** 05-JAN-2006
**Judge:** JUDGE PFEIFFER
**Text:** $1650.00

**Count:** 2 11-1-6/F **CONSPIRACY/FELONY**
**Offense Date:** 01-SEP-2004
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE