UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al., Plaintiffs, | : | |
| vs. | : | |
| NEW ENGLAND GAS COMPANY, an unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY, Defendants. | : | C.A. No. 06-045T |

**AFFIDAVIT OF RICHARD A. CLEARY**

I, Richard A. Cleary, under oath, depose and say as follows:

1. I am a retired Special Agent with the Federal Bureau of Investigations and am a principal of R.A.C. Investigative Services, Inc.

2. On February 14, 2006, at about 8:00 p.m., I telephoned Robert Hill ("Hill") at his residence at 88 Cove Street, Portsmouth, Rhode Island. I identified myself as a private investigator who is investigating the whereabouts and residence of Jason Smith ("Smith").

3. Hill confirmed that he resides at and is the owner of the home at 88 Cove Street.

4. Hill told me that beginning on or about January 26, 2006, he permitted Smith -- a friend of his daughter, Amanda Hill, who then lived with Hill -- to visit with them for about two weeks because Smith claimed he had no place to live.

5. Hill confirmed that Smith was not a tenant in his home and did not receive any mail there during his two week visit.

6. Hill also told me that on or about February 9, 2006, his daughter and Smith left 88 Cove Street and that Hill had not spoken with Smith since that date.

Richard A. Cleary

Richard A. Cleary

Subscribed and sworn to before me this 16th day of February, 2006.

MICHELLE T. FLEURY
NOTARY PUBLIC-RHODE ISLAND
MY COMM. EXPIRES 1-19-2009

Michelle T. Fleury

Notary Public

My Commission Expires 1-19-2009

695776v1
(14015/127589)