**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

Angel Arriaga, et al.,
Plaintiffs

    v.                     CA06-45T

New England Gas Co, an
Unincorporated Division of
Southern Union Company, Clean
Harbors Environmental Services,
Jason Smith and Stephen
Carberry,
Defendants

**ORDER**

       Defendants' Motion for Leave to Depose Jason Smith is hereby
PASSED AS MOOT; by agreement of the parties, Defendants may
proceed with the Deposition of Jason Smith. The Defendants'
Motion for an Extension of Time to Respond to Plaintiffs' Motion
to Remand is hereby GRANTED. Defendants may have up to and
including March 21st, 2006 to file their response to the motion.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 2/27/06 , 2006