UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANGEL ARRIAGA, et al., | |
| Plaintiffs, | |
| vs. | |
| NEW ENGLAND GAS COMPANY, an unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY, | C.A. No. 06-045T |
| Defendants. | |

NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, Defendant will take the deposition of co-defendant, **JASON SMITH**, before an officer authorized to administer oaths on **Thursday, March 9, 2006** at **2:00 p.m.** and will continue day to day thereafter until completed. The deposition will be taken at the offices of Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, Rhode Island.

You are invited to attend and cross examine.

**New England Gas Company, an unincorporated division of Southern Union Company**

By their Attorneys, #5522

Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
acallam@haslaw.com

Dated: March 1, 2006.

# CERTIFICATION

**To:**

Mark W. Dana, Esq.
536 Atwells Avenue
Providence, RI 02903

Robert A. D'Amico, II, Esq.
James V. Burchfield, Jr., Esq.
536 Atwells Avenue
Providence, RI 02903

Michael J. Smith, Esq.
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square
Boston, MA 02109

Jason Smith (Hand Delivery)
40 Arlington Road, Apt. 6
Warren, RI 02885

I hereby certify that I mailed a copy of the within Notice to Take Deposition to counsel of record, on the 1 day of March, 2006.

Linda A Guastella

cc: Vivian Dafoulas, Court Reporter

#697355v1 (14015/127589)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Angel Arriaga, et al.,
Plaintiffs

v. CA06-45T

New England Gas Co, an
Unincorporated Division of
Southern Union Company, Clean
Harbors Environmental Services,
Jason Smith and Stephen
Carberry,
Defendants

**ORDER**

Defendants' Motion for Leave to Depose Jason Smith is hereby PASSED AS MOOT; by agreement of the parties, Defendants may proceed with the Deposition of Jason Smith. The Defendants' Motion for an Extension of Time to Respond to Plaintiffs' Motion to Remand is hereby GRANTED. Defendants may have up to and including March 21st, 2006 to file their response to the motion.

By Order:

[signature]
Deputy Clerk

ENTER:

[signature: Ernest C. Torres]
Chief Judge Ernest C. Torres
date: 2/27/06 , 2006