FILED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANGEL ARRIAGA et al

vs. C.A. No. 06-45T

NEW ENGLAND GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY.

**NEGasCO'S MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Plaintiffs have moved to remand this action to the Rhode Island Superior Court. New England Gas Company's ("NEGasCo's") opposition to that motion is due on Tuesday, March 21, 2006. On a motion to remand a court may consider materials outside of the Complaint. Gabrielle v. Allegro Resorts Hotels, 210 F. Supp. 2d 62, 69 (D.R.I. 2002) (addressing the use of summary judgment type evidence in deciding a fraudulent joinder motion) (citing Hart v. Bayer Corp., 199 F.3d 239, 246-47 (5th Cir. 2000) ("fraudulent joinder claims can be resolved by 'piercing the pleadings' and considering summary judgment-type evidence such as affidavits and deposition testimony")). In its opposition to plaintiffs' remand motion, NEGasCo intends to rely upon 3 exhibits comprising a total of 35 pages, including deposition excerpts from the deposition of Jason Smith, that was ordered by this Court on February 28, 2006, as well as public records.

Accordingly, pursuant to LR Cv 7(d), NEGasCo moves to exceed the page limitations under the Court's standing order to file an enlarged appendix of supporting exhibits.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/21/06

NEW ENGLAND GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY,

Respectfully Submitted,

RICE, DOLAN & KERSHAW

By: Mark P. Dolan edb

Mark P. Dolan (#3280)
170 Westminster Street
Suite 900
Providence, RI 02903
(401) 272-8800

HINCKLEY, ALLEN & SNYDER, LLP

By:

Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
1500 Fleet Center
Providence, RI 02903
(401) 274-2000

*Attorneys for Defendant New England Gas Company, an unincorporated division of Southern Union Company*

Dated: March 16, 2006.

## CERTIFICATION

**To:**

| | |
|---|---|
| Mark W. Dana, Esq.<br>536 Atwells Avenue<br>Providence, RI 02903 | Robert A. D'Amico, II, Esq.<br>James V. Burchfield, Jr., Esq.<br>536 Atwells Avenue<br>Providence, RI 02903 |
| Michael J. Smith, Esq.<br>Bonner Kiernan Trebach & Crociata, LLP<br>One Liberty Square<br>Boston, MA 02109 | |

I hereby certify that I mailed a copy of the within Motion to counsel of record, on the 16th day of March, 2006.

Joanne L Manson