UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANGEL ARRIAGA, et al. | : |
| | : |
| VS. | : C.A. NO. 06-045T |
| | : |
| NEW ENGLAND GAS COMPANY, an unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY | : |

Videotaped deposition of JASON SMITH, a Defendant herein, taken on behalf of Defendant New England Gas Company, on THURSDAY, MARCH 9, 2006, 2:30 P.M., at the offices of HINCKLEY, ALLEN & SNYDER, 1500 Fleet Center, Providence, Rhode Island, before Vivian S. Dafoulas, Registered Merit Reporter/Certified Realtime Reporter.

Vivian S. Dafoulas, RMR-CRR
50 Fieldstone Drive
East Greenwich, RI 02818-2064
(401) 885-0992



056c1a8d-3fa9-4ef2-a312-6486da52d425

APPEARANCES:

FOR THE PLAINTIFFS:

MARK W. DANA, ESQUIRE
536 ATWELLS AVENUE
PROVIDENCE, RI 02903

FOR DEFENDANT NEW ENGLAND GAS COMPANY:

HINCKLEY, ALLEN & SNYDER LLP
BY: GERALD J. PETROS, ESQUIRE
1500 FLEET CENTER
PROVIDENCE, RI 02903

KASOWITZ, BENSON, TORRES & FRIEDMAN
BY: SETH DAVIS, ESQUIRE
1633 BROADWAY
NEW YORK, NY 10019

RICE, DOLAN & KERSHAW
BY: MARK P. DOLAN, ESQUIRE
170 WESTMINSTER STREET
PROVIDENCE, RI 02903

FOR DEFENDANT CLEAN HARBORS:

BONNER KIERNAN TREBACH & CROCIATA, LLP
BY: MICHAEL J. SMITH, ESQUIRE
ONE LIBERTY SQUARE
BOSTON, MA 02109

ALSO PRESENT: AMANDA HILL
MICHAEL HENRIQUES, VIDEOGRAPHER



056c1a8d-3fa9-4ef2-a312-6486da52d425

Q. Okay. And why did you use that address on your license?
A. At the time I was -- when I got my license, I was having my mail sent there because I was moving around a lot.
Q. Okay. We'll talk some more about that in a few minutes. What car did you drive today?
A. Silver Mercury Tracer.
Q. Is that your car?
A. No. It's my girlfriend's car.
Q. Is that Amanda's car?
A. Yes.
Q. Where does Amanda live?
A. She lives with me now at 40 Arlington Ave, Apartment 6 in Warren.
Q. Where did she live before that?
A. At 88 Cove Street, Portsmouth.
Q. Does that car have Rhode Island plates or Massachusetts plates or what are the plates?
A. They are Rhode Island.
Q. I take it that you do not own a car?
A. No, I do not.
Q. Okay. Have you ever owned a car?
A. Just for a short while for a few months.
Q. Okay. When did you own a car?

A. I listed my parents' address because at the time I owned the car, I was living with them in Pawtucket, Pleasant Street.
Q. What kind of car was that?
A. It was a Chevy Cavalier.
Q. Have you ever had any -- any speeding violations?
A. Yes. I had one speeding ticket recently.
Q. How long ago?
A. It was about three weeks ago.
Q. Have you resolved that speeding ticket?
A. Yes.
Q. Was there some paperwork you had to fill out in connection with that speeding ticket?
A. No. I just had to sign to receive the ticket and then I paid it off.
Q. Have you ever had any other motor vehicle infractions or violations?
A. No.
Q. Have you ever had any parking tickets?
A. No.
Q. How far did you go in school?
A. I went to the 12th grade and dropped out.
Q. What high school?
A. Shea High School in Pawtucket on East Ave.

Q. What address was it sent to?
A. My parents' at 196 Pleasant Street.
Q. Was that true each year?
A. Yes.
Q. After you dropped out of high school, did you continue to work at Planned Parenthood?
A. Yes. For a little while longer.
Q. How long?
A. A few months. I'm not exactly sure how long.
Q. And why did you leave Planned Parenthood?
A. I got a new job.
Q. What was that job?
A. I started working at AJ Wright on Newport Ave in Pawtucket.
Q. Does AJ Wright do?
A. It's a clothes store. I was working as a cashier.
Q. Now, did you fill out a job application for this position?
A. Yes.
Q. What did you list as your address?
A. My parents' address again.
Q. How long did you work at AJ Wright?
A. Five or six months.



056c1a8d-3fa9-4ef2-a312-6486da52d425

Q. Was that a full-time job?
A. Part time.
Q. How many hours a week?
A. Less than 20.
Q. Did you hold any other jobs during that same time period?
A. Two months before I left there, I started working full time at Family Dollar in Providence.
(Attorney Mark Dolan leaves conference room.)
BY MR. PETROS:
Q. What is the business of Family Dollar? What do they do?
MR. DANA: I'm sorry, I was distracted. I'm sorry. Was the question --
MR. PETROS: Do you want me to repeat the question?
MR. DANA: Would you mind? I apologize.
MR. PETROS: He just testified, Mark, that two months before he left AJ Wright, he began working full time at Family Dollar in Providence.
MR. DANA: Thank you.
BY MR. PETROS:
Q. What's the business of Family Dollar?
A. I was working there as a cashier and stockman.


056c1a8d-3fa9-4ef2-a312-6486da52d425

Q. I don't know what the Family Dollar Store is. Do they sell clothes or something else?
A. They sell clothes, food. They sell a lot of things.
Q. Did you fill out a job application?
A. Yes.
Q. What address did you list on the job application?
A. I listed my cousin's address because I was living with my cousin at the time.
Q. Where did your cousin live at that time?
A. I can't remember the address.
Q. What town?
A. Providence.
Q. What's your cousin's name?
A. Her name is Ava. I'm not sure of her last name.
Q. You're not sure of your cousin's last name?
A. We -- my parents just found out that she was related to us not too long ago.
Q. How long did you live with your cousin?
A. Two months.
Q. And how -- how is it that you came to move in with your cousin?

A. After the mercury incident, I couldn't go back and live with my parents, so she let me move in with her.

Q. Okay. How come you couldn't go back and live with your parents?

A. The owner, Ferland Property, put a restraining order on me.

Q. The owner of the -- of what?

A. Of the apartment complexes where my parents live.

Q. Okay. Mr. Smith, can you give me some idea of the date when you moved in with your cousin Ava? Where are we now?

A. January last year.

Q. January of 2005?

A. Yes.

Q. When did the incident involving the mercury take place?

A. Late September.

Q. Of 2004?

A. Yes.

Q. So you stopped working at AJ Wright and you worked full time at the Family Dollar Store?

A. Yes.

Q. When you started working at the Family

Dollar Store, was that closer to January 2005 or before that?
A. It was -- January 7th I believe was when I started working there.
Q. January 7 of 2005?
A. Yes.
Q. Okay. How long did you continue to work at the Family Dollar Store?
A. Until April 22nd.
Q. How is it that you remember the date that you started and stopped working at the Family Dollar Store?
A. I liked working there a lot. I miss it.
Q. And so you can remember the exact date when you started and stopped because of that?
A. Yes.
Q. Did you do some work before this deposition to -- to identify the dates when you began to work at the Family Dollar Store and when you left the store?
A. No, but I have been putting applications in at other stores.
Q. Okay. Did you do anything, Mr. Smith, to prepare for this deposition?
A. No.

Q. Did you talk to anybody?
A. No.
Q. Did you review any documents?
A. Just the one I received in the mail -- not in the mail but it was received to me a few days ago.
Q. Okay. Was that the subpoena asking you to be here today?
A. Yes.
Q. All right. Before April 22nd, which is when you left the Family Dollar Store, did you work with anybody else that you haven't mentioned yet?
A. No.
Q. Okay. Did you get a new job after April 22nd?
A. Not for a long time.
Q. Okay. How long were you unemployed?
A. Until a few months ago.
Q. What's the next job you held after leaving the Family Dollar Store?
A. The job I'm working at now, PriceRite on Taunton Avenue in Seekonk.
Q. Is that PriceRite?
A. Yes.
Q. When did you begin to work at PriceRite?



056c1a8d-3fa9-4ef2-a312-6486da52d425

A. It was a little over six months ago.
Q. During the period that you were unemployed, did you apply for unemployment benefits?
A. No.
Q. Why not?
A. I didn't know I could and I was moving around a lot.
Q. Why did you leave the Family Dollar Store?
A. Because I moved.
Q. You moved from -- from where?
A. From my cousin Ava's house.
Q. Where did you move to?
A. To Pawtucket.
Q. Okay. How far is Pawtucket from Providence?
A. A few miles.
Q. Why did that move cause you to leave a job that you like?
A. I had no way to get back and forth.
Q. You couldn't take the bus?
A. No, because I was working the morning shift and the buses weren't running early enough for me to get there on time.
Q. What time did your job start?
A. At 5:30.

Q. When you moved back to Pawtucket, what address did you move to?
A. 98 Sabin Street.
Q. Who lived at 98 Sabin Street?
A. My cousin Becky.
Q. What's her last name?
A. Duquette.
Q. Can you spell it, please?
A. D-U-Q-E-E-T-E (sic) I think.
Q. How old is Becky?
A. I believe she's 22.
Q. How old was Ava?
A. She was in her fifties at least.
Q. Did you receive any government assistance at all during that period you were unemployed?
A. No.
Q. No -- no food stamps, no checks, no money, nothing at all?
A. Nothing.
Q. Any help -- any help finding a job from a government agency?
A. No.
Q. Did you apply for any assistance?
A. No.
Q. Did you fill out a job application to get



056c1a8d-3fa9-4ef2-a312-6486da52d425

the job at PriceRite?
A. Yes.
Q. And you filled that out about six months ago?
A. A little over six months, yes.
Q. Was it September of 2005? Do you know the date?
A. I'm not sure of the exact date. I know it was six months ago.
Q. Okay. What address did you list when you filled out the job application?
A. My brother Tony's address.
Q. Why did you list your brother Tony's address?
A. I lived with him at the time I filled out the -- the -- the application.
Q. Let's see if I have the sequence right. Did you go from Ava to Becky to Tony?
A. No. I moved around a few more times before moving in with my brother Tony.
Q. Okay. We'll get to that in a few moments. Are you still working at PriceRite now?
A. Yes.
Q. Is that a full-time job?
A. Yes.

Q. Did I miss any employment? Have you had any other jobs you haven't described for us already?
A. No.
Q. You did mention a moment ago that you filled out some other job applications?
A. Yeah. I'm -- I'm looking for a new job right now.
Q. When did you fill out some job applications?
A. A few weeks ago I applied for a Family Dollar down the road from my house.
Q. And did you fill out a written job application?
A. Yes.
Q. What did you list as an address?
A. 40 Arlington Ave, Apartment 6.
Q. 40 Arlington Ave, Apartment 6?
A. Yes.
Q. Is that your current residence?
A. Yes.
Q. And who are you living there with again?
A. My girlfriend and an old high school friend Ken.
Q. What's the name?
A. Ken.

Q. What's his last name?
A. Howard.
Q. Okay. How long has -- has Kenny Howard lived at that address?
A. Since we moved in, which was a little less than a month ago.
Q. So you all moved in at the same time?
A. Yes.
Q. Is that the first time you've lived with Kenny Howard?
A. No. I lived with him before.
Q. Mr. Smith, have you ever belonged to a union?
A. No.
Q. Have you ever applied for a union membership or a union card?
A. No, I have not.
Q. Do you have a bank account?
A. No, I do not.
Q. Have you ever had a bank account?
A. Yes.
Q. How many bank accounts have you had?
A. One.
Q. What bank was it with?
A. It was Citizens Bank.



056c1a8d-3fa9-4ef2-a312-6486da52d425

Q. When did you open that account?
A. When I started working at AJ Wright.
Q. What branch did you go to to open the account?
A. Citizens Bank inside Stop & Shop on Newport Ave.
Q. In Pawtucket?
A. Yes.
Q. And when did you cancel that bank account or close it?
A. Shortly after I left AJ Wright.
Q. What address did you list when you opened that bank account?
A. My parents' address.
Q. Is that where the bank sent mail to you?
A. Yes.
Q. Did the bank ever send mail to you at any other address?
A. No.
Q. Now, you've moved around quite a bit and in a moment we'll try to go through that chronologically, but have you ever received mail at any address apart from your parents' address?
A. I receive mail at my current address. I believe that's it. I don't remember receiving mail



056c1a8d-3fa9-4ef2-a312-6486da52d425

at any of the other addresses.

Q. So to your knowledge, the only two places you've received mail are your parents' address and your current address?

A. Yes.

Q. Why did you close out your bank account?

A. Because I gave AJ Wright the forms to do direct deposit with my checks and they never filed them, so the bank started charging me for the account, which I didn't have the money for, so I closed it.

Q. Okay. You mentioned you bought a car about a year and a half ago. Did you write a check to buy that car?

A. No, I paid cash.

Q. You paid cash? Have you ever written checks from any other bank or financial source other than Citizens Bank?

A. No.

Q. Did you write checks on your Citizens Bank account?

A. Yes.

Q. Did your checks have an address on them?

A. Yes.

Q. What address did they have?



056c1a8d-3fa9-4ef2-a312-6486da52d425

A. My parents'.

Q. Do you have copies of those checks at home, cancelled checks?

A. No, I do not.

Q. Do you have documentation concerning Citizens Bank at home?

A. No.

Q. You threw it all away?

A. It was all taken during the mercury incident.

Q. Okay. Do you have any -- any debts right now, any loans?

A. No.

Q. Do you owe any institutions or anybody any money right now?

A. No, I do not.

Q. Do you have furniture that you own?

A. Some.

Q. Okay. When is the first time you began to own furniture, how long ago?

A. About a month when I moved into my new apartment.

Q. Okay. That's the first time you purchased furniture that you owned and used?

A. We didn't purchase it. We got it from


056c1a8d-3fa9-4ef2-a312-6486da52d425

Q. Okay. And how long did you remain at that address with your parents?
A. Until we were able to go back to our house, to that address after the mercury incident.
Q. All right. And was that early in 2005, January of 2005?
A. Yes.
Q. Or was it in 2004, do you recall?
A. 2005.
Q. So it was after New Year's?
A. Yes.
Q. But not long after New Year's, is that right?
A. Right.
Q. Do you think it was January of 2005 when you moved back in?
A. Yes.
Q. Where did you live for the short period of time when you were not at the Lawn Terrace Apartments during that interval?
A. I lived at quite a few places between when my parents were able to move back there and now.
Q. I asked -- that was a bad question. My fault. The mercury incident takes place, right?
A. Yes.



056c1a8d-3fa9-4ef2-a312-6486da52d425

Q. You spend one night in jail when you were arrested?

A. Yes.

Q. Okay. When you leave jail, did you go back to Lawn Terrace Apartments?

A. To gather a few things and then we went to the hotels.

Q. And did you stay at the hotels with your parents until you moved back into the Lawn Terrace Apartments?

A. Yes.

Q. When you moved back into the Lawn Terrace Apartments, how long did you personally stay there?

A. I stayed there for just long enough to grab what was left that was mine and get off the property.

Q. Okay. And when you got off the property, where is the first place you went?

A. To my cousin Ava's house.

Q. Okay. And I think you gave us that address earlier. You stayed there for about two months?

A. Yes.

Q. So did you move into Ava's house in January of 2005?

A. Yes.
Q. And did you leave there in March of 2005?
A. I left a little after March.
Q. Meaning April?
A. Yeah. Right near the beginning of April.
Q. You lived there with Ava, is that correct?
A. Yes.
Q. And was anybody else living there at the time?
A. A few weeks before I moved out, my brother Tony moved in.
Q. Okay. When you moved into Ava's house, did you understand that was going to be a temporary location for you?
A. Yes.
Q. Okay. Where did you go when you left Ava's house?
A. To my cousin Becky's house at 98 Sabin Street --
Q. Okay.
A. -- in Pawtucket.
Q. And that was in the beginning of April of 2005?
A. Yes.
Q. And where did you go -- first of all, who



056c1a8d-3fa9-4ef2-a312-6486da52d425

lived with you at Becky's house?
A. My brother Tony, my cousin Becky and her husband Cody.
Q. Anyone else?
A. That was it.
Q. Where did you go -- how long did you stay at Becky's house?
A. A few weeks. About a week and a half, two weeks.
Q. And when you moved into Becky's house, you understood it was only going to be a temporary location, correct?
A. Yes.
Q. Okay. So you stayed there for a few weeks which would have still been in April of 2005, right?
A. Yes.
Q. Where did you go when you left Becky's house?
A. To 40 Carver Street in Pawtucket.
Q. And was that an apartment?
A. Yes. It was my now-roommate-again Ken's, Ken Howard.
Q. Was it his apartment?
A. Yes.
Q. He signed the lease for that?



056c1a8d-3fa9-4ef2-a312-6486da52d425

A. Yes.
Q. Did anybody live there with him before you moved in?
A. No.
Q. How long did you stay at Ken Howard's apartment?
A. Until the end of April.
Q. So just for a few weeks?
A. Yes.
Q. And I'm sorry, what town was that in, what city?
A. In Pawtucket.
Q. Did you understand when you moved into Ken's apartment that you were only moving there temporarily?
A. Yes.
Q. Where did you go when you left Ken's apartment?
A. I went to Foster.
Q. Foster care?
A. No. I moved out to Foster. My dad had a --
Q. Foster, Rhode Island?
A. Yes.
Q. Okay.

A. My dad had a campsite at a campground called Ginny B campground and I lived at the campground for a little while.

Q. How long is a little while?

A. About two and a half, maybe three months.

Q. All right. So you moved there sometime at the end of April?

A. Yes.

Q. Of 2005?

A. Yes.

Q. And you stayed there until what, June of 2005?

A. Yes.

Q. Did anybody live there with you during that time?

A. No. Except for my dad and my brother Justin, they came up to live there during the summer.

Q. Okay. What is at the campsite? Is there a house there?

A. No. A camper.

Q. A camper? Okay. Is there running water there?

A. Yes.

Q. And there are other campers around you I

assume?

A. Yes.

Q. Where did you go in June of 2005 when you left the campsite in Foster?

A. I moved in with my older brother Tony back in Pawtucket.

Q. What address?

A. 116 Division Street.

Q. Is that an apartment?

A. Yes.

Q. Tony was renting this from a landlord?

A. Yes.

Q. Okay. Who lived there with you and Tony?

A. His girlfriend Brittany.

Q. Anyone else?

A. No.

Q. How long did you remain at 116 Division Street?

A. Until I went to 88 Cove Street.

Q. So you stayed at 116 Division Street until about January 26th, 2006?

A. Yes.

Q. When did you meet Amanda?

A. I met her shortly before I left Foster.

Q. When did the two of you start to date?



056c1a8d-3fa9-4ef2-a312-6486da52d425

A. Six months ago.
Q. Between the -- between the time you moved into 116 Division Street, which we think is somewhere around June of 2005, right?
A. Yes.
Q. Between the time you first moved into 116 Division Street and the time that you first moved into 88 Cove Street where Amanda and her father lived --
A. Yes.
Q. -- did you spend a night at any other location apart from 116 Division Street?
A. A few nights I slept at my grandparents' house.
Q. Where do they live?
A. At 8 George Street in Pawtucket.
Q. Okay. What are their names?
A. Louise Trottier and Raymond Trottier.
Q.. Okay. Did you spend a night anywhere else during that time period?
A. My uncle David who lives at the same address but on a different floor.
Q. Okay. Did you spend a night at any other location during that time period?
A. No.



056c1a8d-3fa9-4ef2-a312-6486da52d425

A. Not much.

Q. You understood they didn't want much or you didn't understand much about what they wanted?

A. Not much about what they wanted.

Q. Okay. Do you have any assets?

A. No.

Q. Do you have a bank account?

A. No.

Q. Do you have a car?

A. No.

Q. Do you own any property?

A. No.

Q. Do you own any jewelry that's worth a lot of money?

A. No.

Q.. Do you have any substantial assets at all?

A. None.

Q. If you had a bill today of a thousand dollars, could you pay it?

A. Slowly.

Q. How much do you earn a week?

A. A little over $250.

Q. Before taxes?

A. After taxes.

Q. After taxes? How much do you earn before



056c1a8d-3fa9-4ef2-a312-6486da52d425

taxes?
A. 325, 330.
Q. And what's your job today?
A. Night stockman at PriceRite.
Q. You stock the shelves?
A. Yes, during the nighttime.
Q. When the store is closed?
A. Yes.
Q. Do you have any future employment plans or is that your job for the time being?
A. For the time being.
Q. You're not going to school anymore?
A. No.
Q. Do you have plans to go to school?
A. I would like to get my GED sometime.
Q. All right. Mr. Smith, I have more questions I'd like to ask you but I've been -- we've been granted permission to take your deposition really only with respect to the residency issue that we've talked about, where you've lived over the last months or years, and so I don't have anymore questions on that area but I want to make it clear for the record that the deposition was allowed by the Court and it was allowed on the residency issue and -- and so there may -- there may well come