STATE OF R[illegible]DE ISLAND AND PROVIDENCE [illegible]ANTATIONS
SUPERIOR COURT, PROVIDENCE COU[illegible]TY
CASE SCHEDULING OFFICE

**NOTICE OF COURT APPEARANCE**

Date: November 25, 2005

**SUSAN PERKINS, ESQ**
**462 BROADWAY**
**PROVIDENCE, RI 02909**

Case Number(s): **P2-2005-0897B**

State vs. **STEPHEN CARBERRY**

You are scheduled to appear at **PROVIDENCE COUNTY** on **30-NOV-2005** at **09:30 AM** in **COURTROOM NO. 9** for **DETERMINATION OF ATTORNEY** before **JUDGE LANPHEAR**. Please bring this notice to court with you.

If the defendant fails to appear, a warrant may be issued.

Case Scheduling Office
Licht Judicial Complex
250 Benefit Street
Providence, RI 02903
Telephone: 222-3602

TDD#: 222-3269

6th District Court
One Dorrance Plaza
Providence, RI 02903

Providence Superior Court
250 Benefit Street
Providence, RI 02903

Kent Superior Court
222 Quaker Lane
Warwick, RI 02886

Newport Superior Court
45 Washington Square
Newport, RI 02840

Washington Superior Court
4800 Tower Hill Road
Wakefield, RI 02879