# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT
SUPERIOR COURT

CORRECTED: DATE: TIME:

☒ PROVIDENCE / BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. DEFENDANT Stephen Carberry ☒ APPEARS ☐ DOES NOT APPEAR D.O.B. 11/12/83

DEFENDANT ADDRESS 2 Celtic Dr. Westport MA 02790 ☐ SAME ☐ CHANGE OF

CASE NO. P2050897B | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 10120949 | ACTION DATE 11/16/05

PROSECUTOR: Hagan JUDGE: Stevens CLERK: DB

DEFENDANT'S ATTORNEY FIRST: LAST:

☐ PRI PRIVATE ☐ PDF PUB. DEFENDR ☐ CRT COURT APPNTD ☐ PRO PRO SE ☐ EOA ENTRY OF APRNCE FILED

2. PROCEEDING(S):
☐ PAC PRE-ARRAIGNMNT CONF. ☐ ARR ARRAIGNMNT ☐ DAT DET. ATTY ☐ BAH BAIL HRG
☐ BRV BAIL RVW ☐ IDH IDNT. HRG ☐ COH COMPTNCY HRG ☐ COR COMPTNCY RPT ☐ VIO PRESNT AS VIOLATR
☒ WAR WARRNT CANC ☐ VPR VIOL OF PR ☐ VBL VIOLATN OF BAIL ☐ DIS DISPOSITN ☐ PTC PRE-TRIAL CONF.
☐ TRI TRIAL ☐ SEN SENTNCING ☐ EOS EXECUTN OF SENT ☐ VIH VIOLATN HEARING ☐ SOV SENT ON VIOLATN
☐ PRV PROBATN RVW ☐ PRG PROGRESS RPT ☐ RVW REVIEW ☐ ADV ADVSMNT OF SUPREME COURT DECISION
☐ MOT MOTION(S) ☐ STC STATUS CONF. ☐ CRV COST RVW ☐ RRV RESTITUTION RVW ☐ OTHER:
☐ DEFENDANT/STATE MOTION TO/FOR ☐ GT GRANTED ☐ DN DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ☐ GT GRANTED ☐ DN DENIED

3. PLEA AT INITIAL ARRAIGNMENT: ☐ ANG NOT GUILTY ☐ GUILTY ☐ RPD REFERRED TO P.D. ☐ PNI PRETRIAL NOTICE ISSUED ☐ NOLO CONTENDERE ☐ DI REFERRED TO DIVERSION

CONTINUED FOR/TO: 11/23 12/13 BEFORE JUDGE: TIME:
CONTINUED DATE: BA+BW PTC REASON:
PARTY REQUESTING CONTINUANCE: ☐ C COURT ☐ S STATE ☒ D DEFENSE ☐ M MUTUAL AGREEMENT

| 4. BAIL STATUS | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ PR PERSONAL RECOG. | | | |
| ☒ SU SURETY ☐ CS CASH | | | 5,000 |
| ☐ NB HELD WITHOUT BAIL | | | |
| ☐ MO HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL | | | |
| ☐ OTHER HOLDS | | | |

☒ COMMITTED ☐ REMANDED TO: ☒ AC ADULT COREC. INST. ☐ IM INST. MNTL. HLTH. ☐ WD WOMEN'S DIV.
☐ CHW CONTINUED HELD WITHOUT BAIL ☒ WBC FOR WANT OF BAIL ☐ OTHER INSTN:

☐ WI WARRANT ISSUED ☐ VRP VIOLATION REPORT FILED ☐ CO CONTD ON SAME: SUSP SENT, DFRD, PROB, BAIL, PR
☐ WR WARRANT RECALLED AND CANCELED ☐ VRW VIOLATION WITHDRAWN ☐ SR SUSPENDED SENT REMOVED
☒ WC WARRANT CANCELED ☐ ADV WAIVES/ADMITS TO BE VIOL. $ ☐ RV PR REVOKED
☐ WRO WARRANT OUTSTANDING ON CASE NO. ☐ DEV DECLARED A VIOLATOR ☐ BR BAIL REVOKED
☐ DNV DECLARED NOT A VIOLATOR

5. DISPOSITION/SENTENCING: ☐ RNG CHNG. OF PLEA ☐ RPN DEN. REARRAIGNED JURY SELECT ___ DAYS
☐ CPE CNDTNL. PLEA ENTRD ☐ CCA CHG. AMNDED W/CONSNT OF DEF.
☐ PSW PRESENT. RPT WAIVED ☐ POR PRESENT. RPT ORDRD ☐ NON NON-JURY TRIAL TRIAL LENGTH ___ DAYS (NEAREST 1/2 DAY)
☐ PRS PRSNTLY SRVNG ON CS. NO. ☐ TRI JURY TRIAL

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ CS CONSECUTIVE ☐ CR CONCURRENT ☐ RETROACTIVE DATE:
☐ MIN. STATUTORY DRUG ASSES. ☐ FB DENIAL FED. BENEFITS ☐ SO SEXUAL OFFENDER OTHER:

REMARKS:

11/16 (circled)

☐ HABEAS IN: DATE

3WA X 2500 (struck through)

☐ ORDER FILE(S): CASE NO.

THE DEFENDANT HAS BEEN COMMITTED TO THE ABOVE INSTITUTION AS COMMANDED

DATE COMMITTED AUTHORIZED OFFICER COMMITTMENT NO.

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT
SUPERIOR COURT

CORRECTED: DATE: TIME:

■ PROVIDENCE / BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. DEFENDANT: Stephen Carberry ☐ APPEARS ☐ DOES NOT APPEAR D.O.B. 11-12-1983

DEFENDANT ADDRESS ☐ SAME ☐ CHANGE OF

CASE NO. P2-2005-08973 | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 10120949 | ACTION DATE 11-23-05

PROSECUTOR: [illegible] JUDGE: [illegible] CLERK: [illegible]

DEFENDANT'S ATTORNEY FIRST: LAST:

☐ PRI PRIVATE ☐ PDF PUB. DEFNDR ☐ CRT COURT APPNTD ☐ PRO PRO SE ☐ EOA ENTRY OF APRNCE FILED

2. PROCEEDING(S):
☐ PAC PRE-ARRAIGNMNT CONF. ☐ ARR ARRAIGNMNT ☑ DAT DET. ATTY ☐ BAI BAIL HRG
☑ BRV BAIL RVW ☐ IDH IDNT. HRG ☐ COH COMPTNCY HRG ☐ COR COMPTNCY RPT ☐ VIO PRESNT AS VIOLATR
☐ WAR WARRNT CANC ☐ VPR VIOL OF PR ☐ VBL VIOLATN OF BAIL ☐ DIS DISPOSITN ☐ PTC PRE-TRIAL CONF.
☐ TRI TRIAL ☐ SEN SENTNCING ☐ EOS EXECUTN OF SENT ☐ VIH VIOLATN HEARING ☐ SOV SENT ON VIOLATN
☐ PRV PROBATN RVW ☐ PRG PROGRESS RPT ☐ RVW REVIEW ☐ ADV ADVSMNT OF SUPREME COURT DECISION
☐ MOT MOTION(S) ☐ STC STATUS CONF. ☑ CRV COST RVW ☐ RRV RESTITUTION RVW ☐ OTHER:
☐ DEFENDANT/STATE MOTION TO/FOR Pass-DAY ☐ GT GRANTED ☐ DN DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ☐ GT GRANTED ☐ DN DENIED

3. PLEA AT INITIAL ARRAIGNMENT: ☐ ANG NOT GUILTY ☐ GUILTY ☐ RPD REFERRED TO P.D. ☐ PNI PRETRIAL NOTICE ISSUED ☐ NOLO CONTENDERE ☐ DI REFERRED TO DIVERSION

CONTINUED FOR/TO: 11/30 BEFORE JUDGE: TIME:
CONTINUED DATE: DA REASON: CDC

PARTY REQUESTING CONTINUANCE: ☐ C COURT ☐ S STATE ☐ D DEFENSE ☐ M MUTUAL AGREEMENT

| 4. BAIL STATUS | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ PR PERSONAL RECOG. | | | |
| ☐ SU SURETY ☐ CS CASH | | | |
| ☐ NB HELD WITHOUT BAIL | | | |
| ☐ MO HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL | | | |
| ☐ OTHER HOLDS | | | |

☐ COMMITTED ☑ REMANDED TO: ☑ AC ADULT COREC. INST. ☐ IM INST. MNTL. HLTH. ☐ WD WOMEN'S DIV.
☐ CHW CONTINUED HELD WITHOUT BAIL ☐ WBC FOR WANT OF BAIL ☐ OTHER INSTN:

☐ WI WARRANT ISSUED
☐ WR WARRANT RECALLED AND CANCELED
☐ WC WARRANT CANCELED
☐ WRO WARRANT OUTSTANDING ON CASE NO.

☐ VRP VIOLATION REPORT FILED
☐ VRW VIOLATION WITHDRAWN
☐ ADV WAIVES/ADMITS TO BE VIOL.
☐ DEV DECLARED A VIOLATOR
☐ DNV DECLARED NOT A VIOLATOR

☐ CO CONTD ON SAME SUSP SENT, DFRD, PROB, BAIL, PR
☐ SR SUSPENDED SENT REMOVED
$ ☐ RV PR REVOKED ☐ BR BAIL REVOKED

5. DISPOSITION/SENTENCING: ☐ RNG CHNG. OF PLEA ☐ RPN DEN. REARRAIGNED
☐ CPE CNDTNL. PLEA ENTRD ☐ CCA CHG. AMNDED W/CONSNT OF DEF.
☐ PSW PRESENT. RPT WAIVED ☐ POR PRESENT. RPT ORDRD ☐ NON NON-JURY TRIAL
☐ PRS PRSNTLY SRVNG ON CS. NO. ☐ TRI JURY TRIAL

JURY SELECT DAYS
TRIAL LENGTH DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ CS CONSECUTIVE ☐ CR CONCURRENT ☐ RETROACTIVE DATE:
☐ MIN. STATUTORY DRUG ASSES. ☐ FB DENIAL FED. BENEFITS ☐ SO SEXUAL OFFENDER OTHER:

REMARKS: CK [illegible] See [illegible]
Class 2

☐ HABEAS IN: DATE
☐ ORDER FILE(S): CASE NO.

THE DEFENDANT HAS BEEN COMMITTED TO THE ABOVE INSTITUTION AS COMMANDED

DATE COMMITTED AUTHORIZED OFFICER COMMITMENT NO.

SR-12 (REV. 11/99) YELLOW - COURT, WHITE - CORRECTIONS, PINK - SCHEDULING, GREEN - PROBATION

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT**

SUPERIOR COURT

CORRECTED:
DATE: ______
TIME:

☐ PROVIDENCE /BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

**1. DEFENDANT:** Stephen Carberry ☐ APPEARS ☐ DOES NOT APPEAR D.O.B. 11-12-83

DEFENDANT ADDRESS ☐ SAME ☐ CHANGE OF

CASE NO. P2-05-892B | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 1012074 | ACTION DATE 11-30-05

PROSECUTOR: Brallman | JUDGE: Darigan | CLERK:

DEFENDANT'S ATTORNEY FIRST: LAST: Perkins

☐ **PRI** PRIVATE ☑ **PDF** PUB. DEFNDR ☐ **CRT** COURT APPNTD ☐ **PRO** PRO SE ☐ **EOA** ENTRY OF APRNCE FILED

**2. PROCEEDING(S):**
☐ **PAC** PRE-ARRAIGNMNT CONF. ☐ **ARR** ARRAIGNMNT ☑ **DAT** DET. ATTY ☐ **BAH** BAIL HRG
☐ **BRV** BAIL RVW ☐ **IDH** IDNT. HRG ☐ **COH** COMPTNCY HRG ☐ **COR** COMPTNCY RPT ☐ **VIO** PRESNT AS VIOLATR
☐ **WAR** WARRNT CANC ☐ **VPR** VIOL OF PR ☐ **VBL** VIOLATN OF BAIL ☐ **DIS** DISPOSITN ☐ **PTC** PRE-TRIAL CONF.
☐ **TRI** TRIAL ☐ **SEN** SENTNCING ☐ **EOS** EXECUTN OF SENT ☐ **VIH** VIOLATN HEARING ☐ **SOV** SENT ON VIOLATN
☐ **PRV** PROBATN RVW ☐ **PRG** PROGRESS RPT ☐ **RVW** REVIEW ☐ **ADV** ADVSMNT OF SUPREME COURT DECISION
☐ **MOT** MOTION(S) ☐ **STC** STATUS CONF. ☐ **CRV** COST RVW ☐ **RRV** RESTITUTION RVW ☐ OTHER: ______
☐ DEFENDANT/STATE MOTION TO/FOR ______ ☐ **GT** GRANTED ☐ **DN** DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ______ ☐ **GT** GRANTED ☐ **DN** DENIED

**3. PLEA AT INITIAL ARRAIGNMENT:** ☐ **ANG** NOT GUILTY ☐ GUILTY ☐ **RPD** REFERRED TO P.D. ☐ **PNI** PRETRIAL NOTICE ISSUED
☐ NOLO CONTENDERE ☐ **DI** REFERRED TO DIVERSION

CONTINUED FOR/TO: BEFORE JUDGE: TIME:
CONTINUED DATE: REASON: DAC

PARTY REQUESTING CONTINUANCE: ☐ **C** COURT ☐ **S** STATE ☐ **D** DEFENSE ☐ **M** MUTUAL AGREEMENT

| 4. BAIL STATUS | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ **PR** PERSONAL RECOG. | | | |
| ☐ **SU** SURETY ☐ **CS** CASH | | | |
| ☐ **NB** HELD WITHOUT BAIL | | | |
| ☐ **MO** HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL ______ | | | |
| ☐ OTHER HOLDS ______ | | | |

☐ **COMMITTED** ☐ **REMANDED** TO: ☐ **AC** ADULT COREC. INST. ☐ **IM** INST. MNTL. HLTH. ☐ **WD** WOMEN'S DIV.
☐ **CHW** CONTINUED HELD WITHOUT BAIL ☐ **WBC** FOR WANT OF BAIL ☐ OTHER INSTN: ______

☐ **WI** WARRANT ISSUED
☐ **WR** WARRANT RECALLED AND CANCELED
☐ **WC** WARRANT CANCELED
☐ **WRO** WARRANT OUTSTANDING ON CASE NO. ______

☐ **VRP** VIOLATION REPORT FILED
☐ **VRW** VIOLATION WITHDRAWN
☐ **ADV** WAIVES/ADMITS TO BE VIOL.
☐ **DEV** DECLARED A VIOLATOR
☐ **DNV** DECLARED NOT A VIOLATOR

☐ **CO** CONT'D ON SAME: ______ SUSP SENT, DFRD, PROB, BAIL, PR
☐ **SR** ______ SUSPENDED SENT REMOVED
$ ______ ☐ **RV** PR REVOKED ☐ **BR** BAIL REVOKED

**5. DISPOSITION/SENTENCING:** ☐ **RNG** CHNG. OF PLEA ☐ **RPN** DEN. REARRAIGNED
☐ **CPE** CNDTNL. PLEA ENTRD ☐ **CCA** CHG. AMNDED W/CONSNT OF DEF.
☐ **PSW** PRESENT. RPT WAIVED ☐ **POR** PRESENT. RPT ORDRD ☐ **NON** NON-JURY TRIAL
☐ **PRS** PRSNTLY SRVNG ON CS. NO. ______ ☐ **TRI** JURY TRIAL

JURY SELECT ______ DAYS
TRIAL LENGTH ______ DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ **CS** CONSECUTIVE ☐ **CR** CONCURRENT ☐ RETROACTIVE DATE: ______
☐ MIN. STATUTORY DRUG ASSES. ☐ **FB** DENIAL FED. BENEFITS ☐ **SO** SEXUAL OFFENDER OTHER:

**REMARKS:** Accepts Appt Class 2

☐ HABEAS IN: ______ DATE

☐ ORDER FILE(S): ______ CASE NO.

THE DEFENDANT HAS BEEN COMMITTED TO THE ABOVE INSTITUTION AS COMMANDED

DATE COMMITTED AUTHORIZED OFFICER COMMITTMENT NO.

SR-12 (REV. 11/99) **YELLOW - COURT, WHITE - CORRECTIONS, PINK - SCHEDULING, GREEN - PROBATION**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT

SUPERIOR COURT

CORRECTED: DATE: TIME:

[X] PROVIDENCE / BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. DEFENDANT: Stephen Carberry [X] APPEARS ☐ DOES NOT APPEAR D.O.B. 11-12-83

DEFENDANT ADDRESS ☐ SAME ☐ CHANGE OF

CASE NO. P2-05-0897B | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 10120949 | ACTION DATE 1-5-06

PROSECUTOR: Demers JUDGE: Pfeiffer CLERK: A.S

DEFENDANT'S ATTORNEY FIRST: Susan LAST: Perkins

☐ PRI PRIVATE ☐ PDF PUB. DEFNDR ☐ CRT COURT APPNTD ☐ PRO PRO SE ☐ EOA ENTRY OF APRNCE FILED

2. PROCEEDING(S):
☐ PAC PRE-ARRAIGNMNT CONF. ☐ ARR ARRAIGNMNT ☐ DAT DET. ATTY ☐ BAH BAIL HRG
☐ BRV BAIL RVW ☐ IDH IDNT. HRG ☐ COH COMPTNCY HRG ☐ COR COMPTNCY RPT ☐ VIO PRESNT AS VIOLATR
☐ WAR WARRNT CANC ☐ VPR VIOL OF PR ☐ VBL VIOLATN OF BAIL ☐ DIS DISPOSITN [X] PTC PRE-TRIAL CONF.
☐ TRI TRIAL ☐ SEN SENTNCING ☐ EOS EXECUTN OF SENT ☐ VIH VIOLATN HEARING ☐ SOV SENT ON VIOLATN
☐ PRV PROBATN RVW ☐ PRG PROGRESS RPT ☐ RVW REVIEW ☐ ADV ADVSMNT OF SUPREME COURT DECISION
☐ MOT MOTION(S) ☐ STC STATUS CONF. ☐ CRV COST RVW ☐ RRV RESTITUTION RVW ☐ OTHER:
☐ DEFENDANT/STATE MOTION TO/FOR ☐ GT GRANTED ☐ DN DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ☐ GT GRANTED ☐ DN DENIED

3. PLEA AT INITIAL ARRAIGNMENT: ☐ ANG NOT GUILTY ☐ GUILTY ☐ NOLO CONTENDERE ☐ RPD REFERRED TO P.D. ☐ PNI PRETRIAL NOTICE ISSUED ☐ DI REFERRED TO DIVERSION

CONTINUED FOR/TO: BEFORE JUDGE: TIME:
CONTINUED DATE: REASON:
PARTY REQUESTING CONTINUANCE: ☐ C COURT ☐ S STATE ☐ D DEFENSE ☐ M MUTUAL AGREEMENT

| 4. BAIL STATUS | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ PR PERSONAL RECOG. | | | |
| ☐ SU SURETY ☐ CS CASH | | | |
| ☐ NB HELD WITHOUT BAIL | | | |
| ☐ MO HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL | | | |
| [X] OTHER HOLDS | | | |

☐ COMMITTED [X] REMANDED TO: [X] AC ADULT COREC. INST. ☐ IM INST. MNTL. HLTH. ☐ WD WOMEN'S DIV.
☐ CHW CONTINUED HELD WITHOUT BAIL ☐ WBC FOR WANT OF BAIL ☐ OTHER INSTN:

☐ WI WARRANT ISSUED
☐ WR WARRANT RECALLED AND CANCELED
☐ WC WARRANT CANCELED
☐ WRO WARRANT OUTSTANDING ON CASE NO.

☐ VRP VIOLATION REPORT FILED
☐ VRW VIOLATION WITHDRAWN
☐ ADV WAIVES/ADMITS TO BE VIOL.
☐ DEV DECLARED A VIOLATOR
☐ DNV DECLARED NOT A VIOLATOR

☐ CO CONTD ON SAME SUSP SENT. DFRD. PROB. BAIL. PR
☐ SR SUSPENDED SENT REMOVED
$ ☐ RV PR REVOKED ☐ BR BAIL REVOKED

5. DISPOSITION/SENTENCING: ☐ RNG CHNG. OF PLEA ☐ RPN DEN. REARRAIGNED
☐ CPE CNDTNL. PLEA ENTRD ☐ CCA CHG. AMNDED W/CONSNT OF DEF.
[X] PSW PRESENT. RPT WAIVED ☐ POR PRESENT. RPT ORDRD ☐ NON NON-JURY TRIAL
☐ PRS PRSNTLY SRVNG ON CS. NO. ☐ TRI JURY TRIAL
JURY SELECT DAYS
TRIAL LENGTH DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Nolo | | | | | 2yrs | | | |
| 2 | | Nolo | | | | | 2yrs | | | |
| 3 | 48A | | | | | | | | | |

☐ CS CONSECUTIVE [X] CR CONCURRENT ☐ RETROACTIVE DATE:
☐ MIN. STATUTORY DRUG ASSES. ☐ FB DENIAL FED. BENEFITS ☐ SO SEXUAL OFFENDER OTHER:

REMARKS:
200 hours Comm Service
$500. Contribution to VCIF

☐ HABEAS IN DATE
☐ ORDER FILE(S) CASE NO.

THE DEFENDANT HAS BEEN COMMITTED TO THE ABOVE INSTITUTION AS COMMANDED

DATE COMMITTED AUTHORIZED OFFICER COMMITTMENT NO.

SR-12 (REV. 11/99) YELLOW - COURT, WHITE - CORRECTIONS, PINK - SCHEDULING, GREEN - PROBATION