UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANGEL ARRIAGA, LAURA BARBOZA KELLY BROWN, BEVERLY CAMPER, KOREN CARBUCCIA, individually and as parent and natural guardian of Vasken Garabian, BRIAN CORTES, KEMLY CORTES, LUIS CORTES, EBONY CRUZ IRIS CRUZ, JOSE CRUZ, RICHARD CRUZ, JOSE DIAZ, individually and as parent and natural guardian of Brianna A. Diaz, RUBEN DIAZ, EDMOND SEEBECK, RAMATOULAYE DOUKOURE, individually and as parent and natural guardian of Badji Diakate NYDIA ESQUILIN, individually and as parent and natural guardian of Jose Rodriguez, RUTH ESQUILIN, FELIX FLORES, individually and as parent and natural guardian of Janiqua Rivera, MARIA GARCIA, individually and as parent and natural Guardian of Kamalich Garcia, AMANDO GOMES, KIMBERLY HARRIS, individually and as parent and natural guardian of Alexander Harris, KAI JACKSON, CHERYL JENNINGS, YOLANDA JENNINGS, individually and as parent and natural guardian of Nia Coleman and Xavaer Coleman, RUBY JOHNSON, JESSEIKA LOPEZ, individually and parent and natural guardian of Justice Gomes and Genessis Gomes, SANDRA LOPEZ, individually and as parent and natural guardian of Sabrina Reyes and Raul Soto, SOEMI LOPEZ, individually and as natural parent and guardian of Shayln Dupre, ROBERTA MENDES, GRISELDA MENDOZA, individually and as parent and natural guardian of Jane and John Doe, LUZ MORALES, ANGELA NARVAEZ, individually and as parent and natural guardian of D'Andre Narvaez, WANDA NARVAEZ, individually and as parent and natural guardian of Claire Narvaez and Luis Narvaez, HECTOR ORTIZ, KARLA PADIN, individually and as parent and natural guardian of Daniska DaSilva and Karitza DaSilva, ARTHUR PEREZ ELBA PEREZ, MARIA RAMIREZ, individually and as parent and natural guardian of Joel Cruz and Shelia Cruz SUSANA RAMIREZ, individually and as parent and natural guardian of Junior Urraca, Jesus Urraca and Junissa Urraca, ALVRO RODRIGUES, CARMEN RUIZ, individually and as parent and natural guardian of Michelle Rodriquez, ELLEN RUSSELL, EDGAR SANCHEZ, JACQUELINE SANCHEZ, JOYCELYN SILVA, | : | C.A. No. 06-045T |

individually and as parent and natural guardian of LATISHA SILVA, ANNA SMITH, individually and as natural parent of Michael Smith, MARIA SOSTRE, individually and as parent and natural guardian of Carlos Santana and Jorge Santana DEBORAH VARGAS, individually and as parent and natural guardian of David Vargas, ALEXANDRA VASQUEZ, individually and as parent and natural guardian of Alexa Vasquez, Sebastian, JOSEPH VAZQUEZ, MIGDALIA VAZQUEZ, THENA WILLIAMS, individually and as parent and natural guardian of Alexandria Prudence, Taneil Prudence, Thena Prudence, and EDITH YEBOAH,

vs.

NEW ENGLAND GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,

**CLEAN HARBORS ENVIRONMENTAL SERVICES' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendant Clean Harbors Environmental Services (hereafter, "Clean Harbors") submits this Opposition to Plaintiffs' Motion to Remand. Clean Harbors joins in and relies upon statements and arguments set forth in co-defendant New England Gas Company's Memorandum of Law in Opposition to Plaintiffs' Motion to Remand.

Pursuant to United States District Court, District of Rhode Island Local Rule CV 7(e), Clean Harbors requests a hearing for oral argument, states that an evidentiary hearing is not required and further states that oral argument on its Opposition to Plaintiffs' Motion to Remand should take one hour. In further support thereof, Clean Harbors hereby incorporates by reference the attached Memorandum of Law as if expressly re-written herein.

WHEREFORE, for the foregoing reasons, Plaintiffs' Motion to Remand should be denied.

Clean Harbors Environmental Services
By its Attorney,

Michael J. Smith (#5019)
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903
(617) 426 3900

DATED: March 21, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, on this 21st day of March, 2006 to all counsel of record.

Mark W. Dana, (#4150)
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Robert A. D'Amico, II (#4593)
James V. Burchfield, Jr., (4095)
536 Atwells Avenue
Providence, RI 02909

Mark P. Dolan (3280)
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Gerald J. Petros (#2931)
Alexandra K. Callam (5358)
Hickley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Michael J. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANGEL ARRIAGA, LAURA BARBOZA KELLY BROWN, BEVERLY CAMPER, KOREN CARBUCCIA, individually and as parent and natural guardian of Vasken Garabian, BRIAN CORTES, KEMLY CORTES, LUIS CORTES, EBONY CRUZ IRIS CRUZ, JOSE CRUZ, RICHARD CRUZ, JOSE DIAZ, individually and as parent and natural guardian of Brianna A. Diaz, RUBEN DIAZ, EDMOND SEEBECK, RAMATOULAYE DOUKOURE, individually and as parent and natural guardian of Badji Diakate NYDIA ESQUILIN, individually and as parent and natural guardian of Jose Rodriguez, RUTH ESQUILIN, FELIX FLORES, individually and as parent and natural guardian of Janiqua Rivera, MARIA GARCIA, individually and as parent and natural Guardian of Kamalich Garcia, AMANDO GOMES, KIMBERLY HARRIS, individually and as parent and natural guardian of Alexander Harris, KAI JACKSON, CHERYL JENNINGS, YOLANDA JENNINGS, individually and as parent and natural guardian of Nia Coleman and Xavaer Coleman, RUBY JOHNSON, JESSEIKA LOPEZ, individually and parent and natural guardian of Justice Gomes and Genessis Gomes, SANDRA LOPEZ, individually and as parent and natural guardian of Sabrina Reyes and Raul Soto, SOEMI LOPEZ, individually and as natural parent and guardian of Shayln Dupre, ROBERTA MENDES, GRISELDA MENDOZA, individually and as parent and natural guardian of Jane and John Doe, LUZ MORALES, ANGELA NARVAEZ, individually and as parent and natural guardian of D'Andre Narvaez, WANDA NARVAEZ, individually and as parent and natural guardian of Claire Narvaez and Luis Narvaez, HECTOR ORTIZ, KARLA PADIN, individually and as parent and natural guardian of Daniska DaSilva and Karitza DaSilva, ARTHUR PEREZ ELBA PEREZ, MARIA RAMIREZ, individually and as parent and natural guardian of Joel Cruz and Shelia Cruz SUSANA RAMIREZ, individually and as parent and natural guardian of Junior Urraca, Jesus Urraca and Junissa Urraca, ALVRO RODRIGUES, CARMEN RUIZ, individually and as parent and natural guardian of Michelle Rodriquez, ELLEN RUSSELL, EDGAR SANCHEZ, JACQUELINE SANCHEZ, JOYCELYN SILVA,

C.A. No. 06-045T

individually and as parent and natural guardian of :
LATISHA SILVA, ANNA SMITH, individually and as :
natural parent of Michael Smith, MARIA SOSTRE, :
individually and as parent and natural guardian of :
Carlos Santana and Jorge Santana :
DEBORAH VARGAS, individually and as parent and :
natural guardian of David Vargas, :
ALEXANDRA VASQUEZ, individually and as parent and :
natural guardian of Alexa Vasquez, Sebastian, :
JOSEPH VAZQUEZ, MIGDALIA VAZQUEZ, :
THENA WILLIAMS, individually and as parent and natural :
guardian of Alexandria Prudence, Taneil Prudence, :
Thena Prudence, and EDITH YEBOAH, :
:
vs. :
:
NEW ENGLAND GAS COMPANY, an unincorporated :
division of SOUTHERN UNION COMPANY, :
CLEAN HARBORS ENVIRONMENTAL SERVICES, :
JASON SMITH and STEPHEN CARBERRY, :

**CLEAN HARBORS ENVIRONMENTAL SERVICES' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendant Clean Harbors Environmental Services (hereafter, "Clean Harbors") submits this memorandum of law in opposition to Plaintiffs' Motion to Remand. Clean Harbors joins in and relies upon statements and arguments set forth in co-defendant New England Gas Company's Memorandum of Law in Opposition to Plaintiffs' Motion to Remand.

Plaintiffs' motion for remand fails because co-defendants Jason Smith (hereafter, "Smith") and Carberry (hereafter, "Carberry") have been fraudulently joined in this action. Plaintiffs assert the following three claims against Smith and Carberry: (1) public nuisance; (2) private nuisance; and (3) a violation of the R.I. Hazardous Waste Management Act. As set forth in detail in co-defendant New England Gas Company's Memorandum of Law and relied upon here, not one of those claims can be validly asserted against Smith or Carberry. Consequently,

Smith and Carberry have been fraudulently joined as defendants in this suit, and plaintiffs motion to remand should be denied.

Moreover, plaintiffs could not seriously prosecute an action for environmental cleanup and medical monitoring against Smith and Carberry: (1) as plaintiffs failed to serve Carberry; (2) as plaintiffs served Smith only after Defendant New England Gas Go. removed this action: and (3) Smith and Caberry, convicted felons, cannot satisfy any possible judgment. Accordingly, plaintiffs motion to remand should be denied.

Pursuant to United States District Court, District of Rhode Island Local Rule CV 7(e), Clean Harbors requests a hearing for oral argument, states that an evidentiary hearing is not required and further states that oral argument on its Opposition to Plaintiffs' Motion to Remand should take one hour.

Clean Harbors Environmental Services
By its Attorney,

Michael J. Smith (#5019)
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903
(617) 426 3900

DATED: March 21, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, on this 21st day of March, 2006 to all counsel of record.

Mark W. Dana, (#4150)
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Robert A. D'Amico, II (#4593)
James V. Burchfield, Jr., (4095)
536 Atwells Avenue
Providence, RI 02909

Mark P. Dolan (3280)
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Gerald J. Petros (#2931)
Alexandra K. Callam (5358)
Hickley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Michael J. Smith