AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

## APPEARANCE

CASE NUMBER: 06- 045 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Attorney for Defendant Clean Harbors

6/9/06
*Date*

[signature]
*Signature*

Dawn Neborsky
*Print Name*

Bonner Kiernan Trebach + Crociata, LLP
*Address*

One Liberty Square Boston, MA 02109
*City* *State* *Zip Code*

617-426-3900
*Phone Number*