**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANGEL ARRIGA, et al.,** | : | |
| | : | |
| **Plaintiffs** | | |
| **v.** | : | **C.A. No.: 06-45T** |
| **NEW ENGLAND GAS COMPANY an** | : | |
| **an unincorporated Division of SOUTHERN** | : | |
| **UNION COMPANY, CLEAN HARBORS** | : | |
| **ENVIRONMENTAL SERVICES,** | | |
| **JASON SMITH and STEPHEN CARBERRY** | : | |
| **Defendants.** | | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:**

Please enter my appearance as attorney for the Defendant, Clean Harbors Environmental Services, in the above-entitled action.

**CLEAN HARBORS ENVIRONMENTAL SERVICES**
By its Attorney,

Valerie N. Kloecker, Esq. (#7327)
BONNER KIERNAN TREBACH & CROCIATA, LLP
55 Pine Street
Providence, RI 02903
(617) 426 3900

DATED: February 16, 2007

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, on this 16th day of February, 2007 to all counsel of record.

Mark W. Dana, (#4150)
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Robert A. D'Amico, II (#4593)
James V. Burchfield, Jr., (4095)
536 Atwells Avenue
Providence, RI 02909

Mark P. Dolan (3280)
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Gerald J. Petros (#2931)
Alexandra K. Callam (5358)
Hickley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Valerie N. Kloecker