AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Arriaga, et al. V. New England Gas Co., Inc.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA06-45T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Robert D'Amico, Esq., Mark Dana, Esq. | Gerald Petros, Esq., Mark Dolan, Esq., Valerie Kloecker, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 16, 2007 | Debra D. Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2/16/07 | X | | Excerpt from Deposition Transcript of Jason Smith - 3/9/06 |
| | B | 2/16/07 | X | | Criminal Case Action Report form RI Superior Court re: Stephen Carberrry |
| 1 | | 2/16/07 | X | | State of Rhode Island Superior Court Financial Obligation Form re: Stephen Carberry |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.