**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANGEL ARRIAGA, et al.,** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No.: 06-45T** |
| | : | |
| **NEW ENGLAND GAS COMPANY,** | : | |
| **an unincorporated Division of SOUTHERN** | : | |
| **UNION COMPANY, CLEAN HARBORS** | : | |
| **ENVIRONMENTAL SERVICES,** | : | |
| **JASON SMITH and STEPHEN CARBERRY** | : | |
| **Defendants.** | : | |

**DEFENDANT CLEAN HARBOR'S MOTION TO DISMISS,**
**OR ALTERNATIVELY MOTION FOR JUDGMENT ON PLEADINGS**

Defendant, Clean Harbors Environmental Services ("Clean Harbors"), pursuant to Rule 12(b)(6), moves to dismiss Counts III (public nuisance), IV (private nuisance), VI (medical monitoring) and VII (violation of R.I. Gen. Laws § 23-19.1-22). Defendant Clean Harbors further moves to dismiss Plaintiffs' claim for punitive damages in Count II. In the alternative, Defendant Clean Harbors moves pursuant to Rule 12(c) for judgment on the pleadings. In support of this motion, the Defendant submits and incorporates herein by reference *Defendant's Memorandum of Law in Support of Its Motion to Dismiss, or Alternatively, Motion for Judgment on Pleadings*.

**WHEREFORE,** the Defendant, Clean Harbors Environmental Services, requests that this Court enter an Order dismissing Counts III, IV, VI and VII as to Defendant Clean Harbors and dismissing Plaintiffs' claim for punitive damages in Count II. Alternatively, Defendant Clean Harbors requests judgment on the pleadings with respect to Counts III, IV, VI and VII. Defendant Clean Harbors further requests any other relief that the Court deems just and proper.

**Defendant,**
**CLEAN HARBORS**
**ENVIRONMENTAL SERVICES**,
By its attorneys,

May 31, 2007

/s/ Valerie N. Kloecker_________________

Michael J. Smith (#5019)
Valerie N. Kloecker (#7327)
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI
(800) 840-5087
(617) 426-0380 (fax)

Please send all correspondence to:
One Liberty Square, 6th Floor
Boston, MA 02109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2007, a copy of the foregoing *Defendant Clean Harbor's Motion to Dismiss, or Alternatively, Motion for Judgment on Pleadings* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mark W. Dana, Esq.
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Robert A. D'Amico, II, Esq.
James V. Burchfield, Jr., Esq.
536 Atwells Avenue
Providence, RI 02909

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Gerald J. Petros, Esq.
Alexandra K. Callam, Esq.
Hickley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

/s/ Valerie N. Kloecker_________________