**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANGEL ARRIAGA, et al.

Plaintiffs,

v. C.A. No. 06-45T

NEW ENGLAND GAS COMPANY, an unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY

Defendants

**ORDER**

The defendants' motion to dismiss Count III (Public Nuisance), Count IV (Private Nuisance), Count VI (Medical Monitoring), Count VII (Violation of R.I. Gen. Laws §23-19.1-22), and Count VIII (Equitable Relief) is granted, provided, however, that the plaintiffs may file an amended complaint within 20 days of this Order, seeking medical monitoring and equitable relief as part of the relief claimed in connection with Count I (Negligence - Southern Union), Count II (Negligence - Clean Harbor), and Count V (Strict Liability - Southern Union). With respect to plaintiffs' demand for punitive damages, the defendants' motion is denied at this time.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

U.S. District Court Judge Ernest C. Torres

Date: 6/27/07