UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ANGEL ARRIAGA, ET AL

V.

NEW ENGLAND GAS COMPANY, an unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH AND STEPHEN CARBERRY

# APPEARANCE

Case Number: 06-458T

To the Clerk of this court and all parties of record:

I, PATRICK F. DOWLING, JR, entry my appearance as counsel in this case for ***PLAINTIFFS.***

I certify that I am admitted to practice in this court.

Date: 10/15/2007

**/s/Patrick F. Dowling**

Patrick F. Dowling, Esq.. - #6863
D'AMICO – BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212 – Telephone
(401) 454-1233 – Facsimile

**CERTIFICATION**

I hereby certify that on this 15th day of October, 2007, a true copy of the within document was filed electronically, and is available for viewing and downloading from the ECF system, and copies were sent to all counsel of records via regular mail.

***Mark P. Dolan, Esq.***
***RICE, DOLAN & KERSHAW***
***170 Westminster Street***
***Suite 900***
***Providence, RI 02903***

***Gerald J. Petros, Esq.***
***HINCKLEY, ALLEN & SNYDER, LLP***
***1500 Fleet Center***
***Providence, RI 02903***

***Michael Smith***
***Bonner Kiernan Trebach & Crociata, LLP***
***55 Pine Street***
***Providence, RI 01903***

/s/Patrick F. Dowling, Jr., Esq.________
of 'D'AMICO – BURCHFIELD, LLP