**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,<br><br>Defendants. | : | **C.A. No. 06-45T** |

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Defendant New England Gas Company, Inc. ("NEGasCo") moves to continue the Settlement Conference, currently scheduled by this Court's Settlement Conference Order for December 17, 2007, to a new date. All of the parties are available on January 17, 2008 if that date is convenient for the Court. In support of the motion, NEGasCo states that its counsel is not available on December 17 and it respectfully requests a continuance. All parties consent to this motion.

NEW ENGLAND GAS COMPANY, an unincorporated division of Southern Union Company

By its Attorneys,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Mark P. Dolan (#3280)
Rice, Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Dated: December 12, 2007

**CERTIFICATION**

To:

Mark W. Dana, Esq.
Robert A. D'Amico, Esq.
536 Atwells Avenue
Providence, RI 02909

Michael Smith, Esq.
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903

I hereby certify that on December 12, 2007, a copy of the foregoing Assented To Motion To Continue Settlement Conference was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros