**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al.,<br>Plaintiffs, | : | |
| vs. | : | C.A. NO. 06-045T |
| NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,<br>Defendants, | : | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S NEW ENGLAND GAS COMPANYS AND CLEAN HARBORS RESPONSE TO PLAINTIFFS FIRST REQUEST FOR PRODUCTION**

Now comes the Plaintiffs by and through counsel, and hereby moves this Honorable Court for an order compelling the Defendants, New England Gas Company and Clean Harbors to respond to Plaintiffs First Request for Production that was propounded to them on October 30, 2007. As grounds for this motion Plaintiff's assert that on or about November 6, 2007 counsel for New England Gas along with counsel for Clean Harbors and counsel for Plaintiffs agreed to hold discovery in abeyance until a motion for a stay was filed by Defendant New England Gas based on pending criminal charges. New England Gas Company asserted it would file it's motion within ten (10) days of the date of the November 6, 2007 letter. More than three (3) months has now passed since the agreement. Plaintiffs counsel has contacted counsel for New England Gas as well as sent a letter to counsel for New England Gas and Clean Harbors relating to said motion and the need for discovery to proceed.

Wherefore, Plaintiffs request an order requiring the Defendants to respond to the Plaintiffs First Request for Production of Documents.

Plaintiffs,
By Their Attorneys:

***D'AMICO & BURCHFIELD, LLP***

__/s/ Robert A. D'Amico II_________

__/s/ Mark W. Dana_______________

Robert A. D'Amico II, Esq. #4593
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 – fax

## ***CERTIFICATION***

I hereby certify that on this 11th day of February, 2008, a true copy of the within Motion was filed electronically, and is available for viewing and downloading from the ECF system, and copies were sent to all counsel of records via regular mail.

***Mark P. Dolan, Esq.***
***RICE, DOLAN & KERSHAW***
***170 Westminster Street***
***Suite 900***
***Providence, RI 02903***

***Gerald J. Petros, Esq.***
***HINCKLEY, ALLEN & SNYDER, LLP***
***1500 Fleet Center***
***Providence, RI 02903***

***Michael Smith***
***Bonner Kiernan Trebach & Crociata, LLP***
***55 Pine Street***
***Providence, RI 01903***

__/s/ Mark W. Dana_______________
of D'AMICO – BURCHFIELD, LLP