**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al.,<br>Plaintiffs, | : | |
| vs. | : | C.A. NO. 06-045T |
| NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,<br>Defendants, | : | |

***NOTICE TO TAKE VIDEO DEPOSITION***

PLEASE TAKE NOTICE that the Plaintiffs, by their attorneys, will take the videotape deposition upon oral examination and before a person qualified to administer oaths and to make stenographic transcripts of **ROBERT VANDERSLICE,** before an officer authorized to administer oaths on **Tuesday, March 18, 2008 at 11:00 a.m.** and will continue day to day thereafter until completed. The deposition will be taken at the offices of D'Amico and Burchfield, LLP, 536 Atwells Avenue, Providence, Rhode Island. The deposition will be videotaped. You are invited to attend and cross examine.

Plaintiffs,
By Their Attorneys:

***D'AMICO & BURCHFIELD, LLP***

__/s/ Robert A. D'Amico II_________

__/s/ Mark W. Dana_______________

Robert A. D'Amico II, Esq. #4593
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 – fax

## ***CERTIFICATION***

I hereby certify that on this 20th day of February, 2008, a true copy of the within Deposition Notice has been mailed to all counsel listed below:

***Mark P. Dolan, Esq.***
***RICE, DOLAN & KERSHAW***
***170 Westminster Street***
***Suite 900***
***Providence, RI 02903***

***Gerald J. Petros, Esq.***
***HINCKLEY, ALLEN & SNYDER, LLP***
***1500 Fleet Center***
***Providence, RI 02903***

***John A. Kiernan, Esq.***
***Bonner Kiernan Trebach & Crociata, LLP***
***55 Pine Street***
***Providence, RI 01903***

***Capitol Court Reporting***
***931 Jefferson Blvd.***
***Warwick, RI 02886***
***(Stenographer & Videographer)***

/s/ Mark W. Dana________________
of D'AMICO – BURCHFIELD, LLP