# Exhibit
# B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
)
vs. ) C.R. No. 07-134T
)
)
SOUTHERN UNION COMPANY )

**ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE DATES SET IN THE ARRAIGNMENT AND THE PRETRIAL ORDER**

IT IS HEREBY ORDERED that:

(1) The discovery disclosure date is extended by 120 days to March 17, 2008;

(2) The deadline for submitting pretrial motions is extended by 120 days to April 8, 2008, or until the moving party is able to obtain the information on which the motion is based, whichever occurs first;

(3) The deadline for responding to pretrial motions is extended from 10 days to 20 days.

IT IS SO ORDERED:

Ernest C. Torres
Senior U.S. District Judge
Date: 1/29/08