# Exhibit 1

**HinckleyAllenSnyder LLP**
ATTORNEYS AT LAW

50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
TEL: 401.274.2000
FAX: 401.277.9600
www.haslaw.com

***Gerald J. Petros***
gpetros@haslaw.com
Direct Dial: 401-457-5212

November 5, 2007

Mark Dana, Esq.
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02903

**Re: Angel Arriaga, et al**
**Vs: New England Gas Company, et al**

Dear Mark:

As we discussed today, NEG expects to file within 10 days a motion to stay all discovery in this case in light of the pending criminal action. Thank you for agreeing to hold in abeyance the discovery that you have propounded until Judge Torres rules on that motion to stay. Can we agree that the clock will not start to run on NEG's time to respond to the request for documents until Judge Torres decides the motion to stay and that the deposition of Bob Vanderslice will be postponed and not rescheduled until we receive that decision? Thank you for your courtesy.

Very truly yours,

Gerald J. Petros
GJP:cl

cc: Mark P. Dolan, Esq.

840849v1 (14015/127589)