**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ANGEL ARRIAGA, et al.,

Plaintiffs,

vs.

NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,

Defendants.

**C.A. No. 06-45T**

**JOINT MOTION TO CONTINUE THE SCHEDULING OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**

Defendants New England Gas Company ("NEGasCo"), an unincorporated division of Southern Union Company (individually and collectively "Southern Union"), and Clean Harbors Environmental Services, together with plaintiffs, jointly move this Court to continue the scheduling of Plaintiffs' Motion to Compel Defendants New England Gas Company and Clean Harbor's Response to Plaintiffs' First Request for Production until some time as is convenient for the Court after April 14, 2008. In support of this motion, the parties state that counsel for plaintiffs and defendants have agreed to give defendants up to and including April 14, 2008 to respond to plaintiffs' First Request for Production. Such agreement between counsel is without waiver of any objections defendants may raise in response to the First Request for Production and without prejudice to plaintiffs' motion to compel should defendants fail to respond.

Accordingly, the parties respectfully request that this Court continue the scheduling of plaintiffs' motion to compel, dated February 11, 2008, until some time after April 14, 2008 as is

convenient for the Court to allow defendants to respond to plaintiffs' outstanding document requests. All parties consent to this motion.

NEW ENGLAND GAS COMPANY,
An unincorporated division of Southern Union Company
By its Attorneys,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Mark P. Dolan (#3280)
Rice, Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800

Plaintiffs,
By their Attorneys,

D'AMICO & BURCHFIELD, LLP

/s/ Mark W. Dana
Robert A. D'Amico II (#4593)
Mark W. Dana (#4150)
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212
(401) 454-1233 - fax

Dated: March 6, 2008

**CERTIFICATION**

To:

Mark W. Dana, Esq.
Robert A. D'Amico, Esq.
536 Atwells Avenue
Providence, RI 02909

Michael Smith, Esq.
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903

I hereby certify that on March 6, 2008, a copy of the foregoing Joint Motion to Continue the Scheduling of Plaintiffs' Motion to Compel Defendants' Response to Plaintiffs' First Request for the Production of Documents was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros