**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANGEL ARRIAGA, ET AL.

Plaintiffs,

v. C.A. No. 06-045T

NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES,

Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION TO STAY**

For reasons stated in open Court on May 21, 2008, New England Gas Company's motion to stay the civil case is:

(1) GRANTED as to discovery directed against New England Gas Company until a verdict is returned in the criminal case of United States v. Southern Union Company, Cr. No. 07-134S; and

(2) DENIED as to discovery involving third parties.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Sr. U.S. District Judge

Date: May 27, 2008