**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al.,<br>Plaintiffs, | : | |
| vs. | : | C.A. NO. 06-045T |
| NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY,<br>Defendants. | : | |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT, CLEAN HARBOR ENVIRONMENTAL SERVICES RESPONSE TO PLAINTIFFS FIRST REQUEST FOR PRODUCTION**

Now comes the Plaintiffs by and through counsel, and hereby moves this Honorable Court for an order compelling the Defendant, Clean Harbors Environmental Services to respond to Plaintiffs First Request for Production that was propounded on October 30, 2007. No response has been forthcoming.

Wherefore, Plaintiffs request an order requiring the Defendant to respond to the Plaintiffs First Request for Production of Documents.

Plaintiffs,
By Their Attorneys:

***D'AMICO • BURCHFIELD, LLP***

__/s/ Mark W. Dana________________
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 – fax

**CERTIFICATION**

I hereby certify that on this 28th day of May 2008, a true copy of the within Motion was filed electronically, and is available for viewing and downloading from the ECF system, and copies were sent to all counsel of records via regular mail.

***Mark P. Dolan, Esq.***
***RICE, DOLAN & KERSHAW***
***170 Westminster Street***
***Suite 900***
***Providence, RI 02903***

***Gerald J. Petros, Esq.***
***HINCKLEY, ALLEN & SNYDER, LLP***
***1500 Fleet Center***
***Providence, RI 02903***

***Valerie Kloecker, Esq.***
***Bonner Kiernan Trebach & Crociata, LLP***
***55 Pine Street***
***Providence, RI 02903***

/s/ Mark W. Dana________________
of D’AMICO • BURCHFIELD, LLP