**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANGEL ARRIAGA, et al.,** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No.: 06-45T** |
| | : | |
| **NEW ENGLAND GAS COMPANY,** | : | |
| **an unincorporated Division of SOUTHERN** | : | |
| **UNION COMPANY, CLEAN HARBORS** | : | |
| **ENVIRONMENTAL SERVICES,** | : | |
| **JASON SMITH and STEPHEN CARBERRY** | : | |
| **Defendants.** | : | |

**DEFENDANT CLEAN HARBORS' OBJECTION TO PLAINTIFFS'**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant Clean Harbors Environmental Services (hereafter, "Clean Harbors") objects to plaintiffs' motion to compel production of documents as Clean Harbors has provided Responses to Plaintiffs' Requests for Production of Documents.

**CLEAN HARBORS ENVIRONMENTAL SERVICES**
By its Attorney,

/s/ Dawn M. Neborsky
John A. Kiernan
Dawn M. Neborsky (#6671)
BONNER KIERNAN TREBACH & CROCIATA, LLP
200 Portland Street, Suite 400
Boston, MA 02114
(617) 426 3900

DATED: June 13, 2008

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, on this 13th day of June, 2008 to all counsel of record.

Mark W. Dana, Esq.
Robert A. D'Amico, II, Esq.
James V. Burchfield, Jr., Esq.
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Gerald J. Petros, Esq.
Alexandra K. Callam, Esq.
Hickley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

/s/ Dawn M. Neborsky
Dawn M. Neborsky