**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANGEL ARRIAGA, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | |
| NEW ENGLAND GAS COMPANY, an Unincorporated Division of SOUTHERN UNION COMPANY, CLEAN HARBORS ENVIRONMENTAL SERVICES, JASON SMITH and STEPHEN CARBERRY, | : | **C.A. No. 06-45T** |
| Defendants. | : | |

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant New England Gas Company hereby moves that David E. Ross be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Gerald J. Petros
Print Name

RI Bar ID # 2931

Hinckley, Allen & Snyder LLP
Firm and Business Address

Email: gpetros@haslaw.com

Tel. # (401) 274-2000

50 Kennedy Plaza, Suite 1500

Fax # (401) 277-9600

Providence, Rhode Island 02903

## ORDER

This motion is hereby ___________ GRANTED ___________ DENIED

______________________________ ______________________________
District Judge Date

## CERTIFICATE OF SERVICE

To:

Mark W. Dana, Esq.
Robert A. D'Amico, Esq.
Patrick F. Dowling, Esq.
536 Atwells Avenue
Providence, RI 02909

Michael Smith, Esq.
Bonner Kiernan Trebach & Crociata LLP
55 Pine Street
Providence, RI 02903

Mark P. Dolan, Esq.
Rice, Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

I hereby certify that on July 29 , 2008, a copy of the foregoing Motion for Admission Pro Hac was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Gerald J. Petros*
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com