UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ANGEL ARRIAGA, et al.

v. CA No. 06-45T

SOUTHERN UNION COMPANY,
et al.

**ORDER**

The United States has filed a motion to intervene and for immediate stay of civil discovery until the conclusion of the related criminal case against Southern Union Company. A hearing on the government's motions is scheduled for September 4, 2008. The scheduled depositions of (1) Bethlehem Apparatus Company, Inc. and (2) the Rhode Island Department of Environmental Management shall be rescheduled to a time after the Court has rendered a decision on the government's motions.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: August 21, 2008