**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANGEL ARIAGA, et al. )
)
v. ) C.A. No. 06-45T
)
SOUTHERN UNION COMPANY, )
et al. )

**ORDER GRANTING THE UNITED STATES' MOTION TO INTERVENE AND GRANTING IN PART ITS MOTION TO STAY CIVIL DISCOVERY DURING THE PENDENCY OF THE RELATED CRIMINAL CASE**

For the reasons stated in open court on September 4, 2008:

1. The United States' Motion to Intervene is GRANTED, for the limited purpose of moving to stay discovery.

2. As to the United States' Motion to Stay Civil Discovery, that Motion is GRANTED, subject to the following exceptions and conditions. Namely, all discovery by both parties in this matter shall be stayed until the conclusion of the related criminal case, *United States v. Southern Union Company,* CR 07-134S, except:

   a. While depositions of Custodians of Records will be subject to the stay, the parties may issue notices for the production of documents, provided the United States is given notice;

   b. The parties may depose witnesses that the United States does not intend to call as witnesses during the criminal trial; and

   c. The previous discovery deadline of December 1, 2008 is hereby vacated. The discovery deadline will be March 1, 2009.

By Order,

Deputy Clerk

ENTER:

ERNEST C. TORRES
Senior U.S. District Judge

Date: September 11, 2008