UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ANGEL ARRIAGA, ET AL.

      v.                CA No. 06-45T

NEW ENGLAND GAS CO., ET AL.

### ORDER OF REASSIGNMENT

It is hereby ordered that this case is returned to the Clerk for reassignment to another judge.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: December 23, 2008